UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., BOSTON PATRIOT SUMMER ST LLC, POLONIUS HOLDINGS, LLC, and E1 SP, A SEGREGATED ACCOUNT OF EMAP SPC,<br><br>Plaintiffs,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Case No. 19 Civ. ___ (___) |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted in this court, and I appear as counsel for Plaintiffs Contrarian Capital Management, L.L.C., Contrarian Capital Fund I, L.P., Contrarian Dome du Gouter Master Fund, LP, Contrarian Capital Senior Secured, L.P., Contrarian EM II, LP, Contrarian Emerging Markets, L.P., Boston Patriot Summer St LLC, Polonius Holdings, LLC, and E1 SP, a Segregated Account of EMAP SPC, in this case.

Dated:  November 29, 2019

Respectfully submitted,

/s/ Steven F. Molo
Steven F. Molo
MoloLamken LLP
430 Park Avenue
New York, NY  10022
(212) 607-8170 (telephone)
(212) 607-8161 (facsimile)
smolo@mololamken.com