IH-32                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Contrarian Capital Management L.L.C., et al.

Plaintiff                                          Case Number

vs.

The Bolivarian Republic of Venezuela

Defendant

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Casa Express Corp.

Plaintiff                                          Case Number

vs.                                    18-cv-11940

The Bolivarian Republic of Venezuela

Defendant

IH-32                                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐  Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary
                   dismissal, settlement, court decision.  Also, state whether there is an appeal
                   pending.)

☑  Open            (If so, set forth procedural status and summarize any court rulings.)

This case was initiated by the filing of a complaint on December 18, 2018.  The clerk issued a certificate of
default on March 29, 2019, which was vacated by a so-ordered stipulation of the parties on April 26, 2019.
Pursuant to a case management order issued on July 8, 2019, the plaintiffs' motion for summary judgment is
due on December 5, 2019; the defendant's opposition to summary judgment is due on January 16, 2020; and
the plaintiff's reply is due on February 27, 2020.  See Dkt. 45.  Further, pursuant to an order issued October 28,
2019, discovery is due to be completed by December 5, 2019.  See Dkt. 55.


Explain in detail the reasons for your position that the newly filed case is related to the
earlier filed case.

This case and the Casa Express case are both breach of contract actions against the
Bolivarian Republic of Venezuela involving the enforcement of sovereign debt obligations
issued by the Republic.  These two actions will involve common issues of fact and law
regarding the Republic's defenses to enforcement of the debt.  Hearing these cases together
is necessary to avoid conflicting orders regarding the enforceability of the Republic's debt
and to avoid a substantial duplication of effort and expense, delay, or undue burden on the
Court, parties, and witnesses.  The Republic has recognized that enforcement actions
against it for its sovereign debt are related by filing a statement of relatedness to that effect
in the Pharo Gaia case.  See No. 19-cv-3123, Dkt. 3.


Signature: ___/s/ Steven F. Molo_____        Date: __11/29/2019____

MoloLamken LLP

Firm: _____