UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., BOSTON PATRIOT SUMMER ST LLC, and E1 SP, A SEGREGATED ACCOUNT OF EMAP SPC,

Plaintiffs,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

No. 19 Civ. ___ (___)

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Contrarian Capital Management L.L.C., Contrarian Capital Fund I, L.P., Contrarian Dome du Gouter Master Fund, LP, Contrarian Capital Senior Secured, L.P., Contrarian Emerging Markets, L.P., Boston Patriot Summer St LLC, Contrarian EM II, LP, Polonius Holdings, LLC, and E1 SP, a Segregated Account of EMAP SPC (collectively, the "Contrarian Entities") hereby disclose:

1. The parent company of Polonius Holdings, L.L.C. is Contrarian Funds, L.L.C., a limited liability company formed under the laws of the State of Delaware with its principal place of business in Greenwich, Connecticut.

2. Other than Polonius Holdings, L.L.C., no Contrarian Entity has any parent corporation.

3. No publicly held corporation owns 10% or more of the stock of any Contrarian Entity.

November 29, 2019
New York, New York

        Respectfully submitted.

        /s/ Steven F. Molo
        Steven F. Molo
        Justin M. Ellis
        Lauren F. Dayton
        MOLOLAMKEN LLP
        430 Park Avenue
        New York, NY 10022
        Tel:   (212) 607-8160
        Fax:   (212) 607-8161
        smolo@mololamken.com

*Attorneys for Contrarian Capital Management, L.L.C., Contrarian Capital Fund I, L.P., Contrarian Dome du Gouter Master Fund, LP, Contrarian Capital Senior Secured, L.P., Contrarian EM II, LP, Contrarian Emerging Markets, L.P., Boston Patriot Summer St LLC, Polonius Holdings, LLC, and E1 SP, a Segregated Account of EMAP SPC*