USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Contrarian Capital Management, LLC et al.,

        Plaintiffs,

v.

Bolivarian Republic of Venezuela,

        Defendant.

**CERTIFICATE OF MAILING**

Case No.: 19-cv-11018 (AT)

I hereby certify under the penalties of perjury that on the 14th day of January, 2020, I served defendant:

Bolivarian Republic of Venezuela

By dispatching via Federal Express, Tracking No. 7774 4035 9830, to the U.S. Department of State, Attn: FSIA, CA/OCS/l, SA-17, 10th Floor, Washington, DC 20522-1710, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the following documents (in English and Spanish):

1) Summons

2) Corrected First Amended Complaint

3) Notice of Suit

4) Affidavits of Translator

Dated: New York, New York
January 14, 2020

        RUBY J. KRAJICK
        CLERK OF COURT


        /s/ Shanee Mcleod
        Shanee Mcleod
        *Deputy Clerk*

```
ORIGIN ID:PCTA      (REDACTED) 212-607-8160     SHIP DATE: 09JAN20
(REDACTED)  LAUREN DAYTON                       ACTWGT: 5.00 LB
(REDACTED)                                      CAD: 101143956/INET4160
(REDACTED)  430 PARK AVE. FL.6

NEW YORK CITY, NY  10022                        BILL SENDER
UNITED STATES US
```

TO  **ATTN: FSIA**

**U.S. DEPARTMENT OF STATE**
**CA/OCS/L, SA-17, 10TH FLOOR**
**WASHINGTON DC 20522**
(202) 647-6575       REF: 1653-001
INV:
PO:                          DEPT:



FedEx Express

FRI - 10 JAN 10:30A
PRIORITY OVERNIGHT

TRK# 7774 4035 9830
0201

19 KMDA                      20522
                    DC-US    IAD

FedEx Ship Manager - Print Your Label(s)

1/9/2020