# Exhibit A



**United States Department of State**

*Washington, D.C. 20520*

February 3, 2020

Ruby J. Krajick
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      **Re: Contrarian Capital Management, LLC, et al. v. Bolivarian Republic of Venezuela, 1:19-cv-11018**

Dear Ms. Krajick:

    I am writing regarding the Court's request for transmittal of a Summons, Corrected First Amended Complaint, Initial Pretrial Conference Order and Notice of Suit to the Bolivarian Republic of Venezuela pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

    Because the United States Embassy operations in Venezuela are currently suspended, the documents were delivered to the Embassy of the Bolivarian Republic of Venezuela in Washington, DC under cover of U.S. Department of State diplomatic note. The diplomatic note was dated and delivered on January 31, 2020. A certified copy of the diplomatic note is enclosed.

                                             Sincerely,

                                             Jared Hess
                                           Attorney Adviser
                                     Overseas Citizens Services
                                      Office of Legal Affairs

Cc: Steven Molo
MoloLamken LLP
430 Park Ave.
New York, NY 10022



United States Department of State

Washington, D.C. 20520

# CERTIFICATION OF DIPLOMATIC NOTE

I, William P. Fritzlen, Acting Director of the Office of Legal Affairs in Washington, DC certify that this is a true copy of the United States Department of State diplomatic note dated and delivered to the Embassy of the Bolivarian Republic of Venezuela in Washington, DC on January 31, 2020.

William P. Fritzlen, Acting Director
Office of Legal Affairs
Overseas Citizen Services

February 3, 2020

The Department of State refers the Embassy of the Bolivarian Republic of Venezuela to the lawsuit *Contrarian Capital Management, LLC, et al. v. Bolivarian Republic of Venezuela*, 1:19-cv-11018, which is pending in the U.S. District Court for the Southern District of New York. The Bolivarian Republic of Venezuela is a defendant in this case. The Department transmits a Summons, Corrected First Amended Complaint, and Initial Pretrial Conference Order herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Bolivarian Republic of Venezuela as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Corrected First Amended Complaint or some other responsive pleading within 60 days from the date of transmittal of the Corrected First Amended Complaint, in this case, the date of this note. In failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Department requests that the enclosed Summons, Corrected First Amended Complaint, and Initial Pretrial Conference

-2-

Order be forwarded to the appropriate authority of the Bolivarian Republic of Venezuela with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons, Corrected First Amended Complaint, and Initial Pretrial Conference Order, the Department is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign states.

Under U.S. law, any jurisdictional or other defense, including claims of sovereign immunity, must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the Department to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Enclosures:

    As stated.

*[signature]*

Department of State,

    Washington, 1/31/2020