# Exhibit L

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041


Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of November 22, 2019, of the 13.625% Notes due August 15, 2018 issued by the Bolivarian Republic of Venezuela, ISIN No. **USP9395PAA95** (the "Notes").

DTC is informed by its participant, Wells Fargo Securities (the "Participant"), that the Notes credited to the Participant's DTC account as of November 22, 2019 include $26,722,000 p/a that the Participant holds as custodian for Polonius Holdings, LLC (the "Beneficial Owner").

At the request of Participant, on behalf of the Beneficial Owner, Cede & Co., as the nominee of DTC, and as holder of record of the Notes, hereby authorizes the Participant, solely with respect to the Notes held by the Beneficial Owner, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of Notes is entitled to take, other than any action or any exercise of any right or remedy as against The Depository Trust Company or its affiliates or its nominee Cede & Co., under the terms of the Notes, the related guarantees, the related Pledge and Security Agreement, the related indenture, and any other controlling or security documents, in each case, to the full extent permissible under applicable law.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of Participant and only as a nominal party for the Beneficial Owner, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Notes is held. Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Participant and the Beneficial Owner are not denied their rights and remedies as the holders of the accounts in which beneficial ownership of the Notes is held. Cede & Co. assumes no further responsibility in this matter.


Very truly yours,

CEDE & CO.

By: _____
Partner

Dated: Nov. 2, 2019    John D. Faith, Partner

1

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of November 22, 2019, of the 13.625% Notes due August 15, 2018 issued by the Bolivarian Republic of Venezuela, ISIN No. **US922646AT10** (the "Notes").

DTC is informed by its participant, Wells Fargo Securities (the "Participant"), that the Notes credited to the Participant's DTC account as of November 22, 2019 include $22,090,000 p/a ISIN **US922646AT10** that the Participant holds as custodian for Polonius Holdings, LLC (the "Beneficial Owner).

At the request of Participant, on behalf of the Beneficial Owner, Cede & Co., as the nominee of DTC, and as holder of record of the Notes, hereby authorizes the Participant, solely with respect to the Notes held by the Beneficial Owner, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of Notes is entitled to take, other than any action or any exercise of any right or remedy as against The Depository Trust Company or its affiliates or its nominee Cede & Co., under the terms of the Notes, the related guarantees, the related Pledge and Security Agreement, the related indenture, and any other controlling or security documents, in each case, to the full extent permissible under applicable law.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of Participant and only as a nominal party for the Beneficial Owner, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Notes is held. Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Participant and the Beneficial Owner are not denied their rights and remedies as the holders of the accounts in which beneficial ownership of the Notes is held. Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By:

Partner

Dated: _Nov. 27_, 2019    John D. Faith, Partner

2

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of November 22, 2019, of the 7% Notes due December 1, 2018 issued by the Bolivarian Republic of Venezuela, ISIN No. **USP97475AD26**  (the "Notes").

DTC is informed by its participant, Wells Fargo Securities (the "Participant"), that the Notes credited to the Participant's DTC account as of November 22, 2019 include 58,547,000 that the Participant holds as custodian for the entity Polonius Holdings, LLC (the "Beneficial Owner").

At the request of Participant, on behalf of the Beneficial Owner, Cede & Co., as the nominee of DTC, and as holder of record of the Notes, hereby authorizes the Participant, solely with respect to the Notes held by the Beneficial Owner, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of Notes is entitled to take, other than any action or any exercise of any right or remedy as against The Depository Trust Company or its affiliates or its nominee Cede & Co., under the terms of the Notes, the related guarantees, the related Pledge and Security Agreement, the related indenture, and any other controlling or security documents, in each case, to the full extent permissible under applicable law.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of Participant and only as a nominal party for the Beneficial Owner, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Notes is held.  Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Participant and the Beneficial Owner are not denied their rights and remedies as the holders of the accounts in which beneficial ownership of the Notes is held.  Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By: _____
Partner

Dated: Nov. 27, 2019

John D. Faith, Partner

3

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

December 10, 2019

Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of DEC 10, 2019, of the 12.75% Notes due August 23, 2022 issued by the Bolivarian Republic of Venezuela, Cusip **P17625AC1** (the "Notes").

DTC is informed by its participant, BOFA SECURITIES INC (the "Participant"), that the Notes credited to the Participant's DTC account as of DEC 10, 2019 include the amount of 57,049,600 set forth on Appendix A hereto that the Participant holds as custodian for the entities set forth on Appendix A hereto (the "Beneficial Owners"), which Beneficial Owners hold the account in which beneficial ownership of the Notes is held.

At the request of Participant, on behalf of the Beneficial Owners, Cede & Co., as the nominee of DTC, and as holder of record of the Notes, hereby authorizes the Participant, solely with respect to the Notes held by the Beneficial Owners, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of Notes is entitled to take, other than any action or any exercise of any right or remedy as against The Depository Trust Company or its affiliates or its nominee Cede & Co., under the terms of the Notes, the related guarantees, the related Pledge and Security Agreement, the related indenture, and any other controlling or security documents, in each case, to the full extent permissible under applicable law.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of Participant and only as a nominal party for the Beneficial Owners, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Notes is held. Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Participant and the Beneficial Owners are not denied their rights and remedies as the holders of the accounts in which beneficial ownership of the Notes is held. Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By:_____
Partner

Dated: 12/12, 2019

4

*Robert Hensey, partner*

## APPENDIX A – Cusip P17625AC1

| Name of Beneficial Owner | Amount of Notes |
|---|---|
| Contrarian Emerging Markets, L.P. | 50,357,400 |
| Contrarian EM II, LP | 2,399,200 |
| Boston Patriot Summer St LLC | 2,814,000 |
| Blackstone CSP-MST CTRN Fund | 1,300,000 |
| Contrarian Capital Senior Secured, L.P. | 179,000 |
| **Grand Total** | **57,049,600** |

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

November 22, 2019

Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of November 22, 2019, of the 12.75% Notes due August 23, 2022 issued by the Bolivarian Republic of Venezuela, CUSIP No. **P17625AC1** (the "Notes").

DTC is informed by its participant, J.P. Morgan Securities LLC/JPMC (the "Participant"), that the Notes credited to the Participant's DTC account as of November 22, 2019 include the amounts set forth on Appendix A hereto that the Participant holds as custodian for the entities set forth on Appendix A hereto (the "Beneficial Owners").

At the request of Participant, on behalf of the Beneficial Owners, Cede & Co., as the nominee of DTC, and as holder of record of the Notes, hereby authorizes the Participant, solely with respect to the Notes held by the Beneficial Owners, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of Notes is entitled to take, other than any action or any exercise of any right or remedy as against The Depository Trust Company or its affiliates or its nominee Cede & Co., under the terms of the Notes, the related guarantees, the related Pledge and Security Agreement, the related indenture, and any other controlling or security documents, in each case, to the full extent permissible under applicable law.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of Participant and only as a nominal party for the Beneficial Owners, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Notes is held. Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Participant and the Beneficial Owners are not denied their rights and remedies as the holders of the accounts in which beneficial ownership of the Notes is held. Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By: _____
   Partner

Dated: 11/25, 2019

JEANNE MAURO
PARTNER

## APPENDIX A – CUSIP No. P17625AC1

| Customer Name | Amount of Notes |
|---|---|
| Contrarian Funds, LLC | 3,637,100 |
| Contrarian Emerging Markets, LP | 1,054,000 |
| E1 SP, a segregated Portfolio of EMAP SPC | 3,059,300 |
| **Total** | **7,750,400** |

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

November 22, 2019

Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of November 22, 2019, of the 9% Notes due May 7, 2023 issued by the Bolivarian Republic of Venezuela, CUSIP No. **P17625AA5** (the "Notes").

DTC is informed by its participant, J.P. Morgan Securities LLC/JPMC (the "Participant"), that the Notes credited to the Participant's DTC account as of November 22, 2019 include the amounts set forth on Appendix A hereto that the Participant holds as custodian for the entities set forth on Appendix A hereto (the "Beneficial Owners").

At the request of Participant, on behalf of the Beneficial Owners, Cede & Co., as the nominee of DTC, and as holder of record of the Notes, hereby authorizes the Participant, solely with respect to the Notes held by the Beneficial Owners, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of Notes is entitled to take, other than any action or any exercise of any right or remedy as against The Depository Trust Company or its affiliates or its nominee Cede & Co., under the terms of the Notes, the related guarantees, the related Pledge and Security Agreement, the related indenture, and any other controlling or security documents, in each case, to the full extent permissible under applicable law.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of Participant and only as a nominal party for the Beneficial Owners, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Notes is held. Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Participant and the Beneficial Owners are not denied their rights and remedies as the holders of the accounts in which beneficial ownership of the Notes is held. Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By: _Jeanne Mauro_
Partner

Dated: 11/25, 2019

JEANNE MAURO
PARTNER

## APPENDIX A – CUSIP No. P17625AA5

| Customer Name | Amount of Notes |
|---|---|
| Contrarian Funds, LLC | 121,300 |

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

December 3, 2019

Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of Dec 3, 2019, of the 9% Notes due May 7, 2023 issued by the Bolivarian Republic of Venezuela, CUSIP **P17625AA5** (the "Notes").

DTC is informed by its participant, BOFA SECURITIES INC (the "Participant"), that the Notes credited to the Participant's DTC account as of Dec 3, 2019, include the amount of 1,780,300 set forth on Appendix A hereto that the Participant holds as custodian for the entities set forth on Appendix A hereto (the "Beneficial Owners"), which Beneficial Owners hold the account in which beneficial ownership of the Notes is held.

At the request of Participant, on behalf of the Beneficial Owners, Cede & Co., as the nominee of DTC, and as holder of record of the Notes, hereby authorizes the Participant, solely with respect to the Notes held by the Beneficial Owners, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of Notes is entitled to take, other than any action or any exercise of any right or remedy as against The Depository Trust Company or its affiliates or its nominee Cede & Co., under the terms of the Notes, the related guarantees, the related Pledge and Security Agreement, the related indenture, and any other controlling or security documents, in each case, to the full extent permissible under applicable law.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of Participant and only as a nominal party for the Beneficial Owners, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Notes is held. Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Participant and the Beneficial Owners are not denied their rights and remedies as the holders of the accounts in which beneficial ownership of the Notes is held. Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By: _____
Partner

Dated: 2/5, 2019

JEANNE MAURO
PARTNER

## APPENDIX A – CUSIP P17625AA5

| Customer Name | Amount of Notes |
|---|---|
| Contrarian Emerging Markets, LP | 1,580,300 |
| Contrarian EM II, LP | 200,000 |
| **Grand Total** | 1,780,300 |

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

November 22, 2019

Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of November 22, 2019, of the 8.25% Notes due October 13, 2024 issued by the Bolivarian Republic of Venezuela, CUSIP No. **P97475AP5** (the "Notes").

DTC is informed by its participant, J.P. Morgan Securities LLC/JPMC (the "Participant"), that the Notes credited to the Participant's DTC account as of November 22, 2019 include the amounts set forth on Appendix A hereto that the Participant holds as custodian for the entities set forth on Appendix A hereto (the "Beneficial Owners").

At the request of Participant, on behalf of the Beneficial Owners, Cede & Co., as the nominee of DTC, and as holder of record of the Notes, hereby authorizes the Participant, solely with respect to the Notes held by the Beneficial Owners, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of Notes is entitled to take, other than any action or any exercise of any right or remedy as against The Depository Trust Company or its affiliates or its nominee Cede & Co., under the terms of the Notes, the related guarantees, the related Pledge and Security Agreement, the related indenture, and any other controlling or security documents, in each case, to the full extent permissible under applicable law.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of Participant and only as a nominal party for the Beneficial Owners, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Notes is held. Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Participant and the Beneficial Owners are not denied their rights and remedies as the holders of the accounts in which beneficial ownership of the Notes is held. Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By: _____
Partner

Dated: 1/25, 2019

JEANNE MAURO
PARTNER

## APPENDIX A – CUSIP No. P97475AP5

| Customer Name | Amount of Notes |
|---|---|
| Contrarian Funds, LLC | 347,300 |

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

December 3, 2019

Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of Dec. 3, 2019, of the 8.25% Notes due October 13, 2024 issued by the Bolivarian Republic of Venezuela, CUSIP **P97475AP5** (the "Notes").

DTC is informed by its participant, BOFA SECURITIES INC (the "Participant"), that the Notes credited to the Participant's DTC account as of Dec. 3, 2019, include the amount of 5,152,700 set forth on Appendix A hereto that the Participant holds as custodian for the entities set forth on Appendix A hereto (the "Beneficial Owners"), which Beneficial Owners hold the account in which beneficial ownership of the Notes is held.

At the request of Participant, on behalf of the Beneficial Owners, Cede & Co., as the nominee of DTC, and as holder of record of the Notes, hereby authorizes the Participant, solely with respect to the Notes held by the Beneficial Owners, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of Notes is entitled to take, other than any action or any exercise of any right or remedy as against The Depository Trust Company or its affiliates or its nominee Cede & Co., under the terms of the Notes, the related guarantees, the related Pledge and Security Agreement, the related indenture, and any other controlling or security documents, in each case, to the full extent permissible under applicable law.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of Participant and only as a nominal party for the Beneficial Owners, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Notes is held. Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Participant and the Beneficial Owners are not denied their rights and remedies as the holders of the accounts in which beneficial ownership of the Notes is held. Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By: _____
Partner

Dated: 12/5 , 2019

JEANNE MAURO
PARTNER

## APPENDIX A – CUSIP P97475AP5

| Customer Name | Amount of Notes |
|---|---|
| Contrarian Emerging Markets, LP | 4,807,700 |
| Contrarian EM II, LP | 345,000 |
| **Grand Total** | 5,152,700 |

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

December 16, 2019

Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of DEC 16, 2019, of the 11.75% Notes due October 21, 2026 issued by the Bolivarian Republic of Venezuela, CUSIP No. P17625AE7 (the "Notes").

DTC is informed by its participant, BOFA SECURITIES INC (the "Participant"), that the Notes credited to the Participant's DTC account as of DEC 16, 2019 include the amount of 307,385,100 set forth on Appendix A hereto that the Participant holds as custodian for the entities set forth on Appendix A hereto (the "Beneficial Owners"), which Beneficial Owners hold the account in which beneficial ownership of the Notes is held.

At the request of Participant, on behalf of the Beneficial Owners, Cede & Co., as the nominee of DTC, and as holder of record of the Notes, hereby authorizes the Participant, solely with respect to the Notes held by the Beneficial Owners, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of Notes is entitled to take, other than any action or any exercise of any right or remedy as against The Depository Trust Company or its affiliates or its nominee Cede & Co., under the terms of the Notes, the related guarantees, the related Pledge and Security Agreement, the related indenture, and any other controlling or security documents, in each case, to the full extent permissible under applicable law.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of Participant and only as a nominal party for the Beneficial Owners, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Notes is held. Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Participant and the Beneficial Owners are not denied their rights and remedies as the holders of the accounts in which beneficial ownership of the Notes is held. Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By: _____
Partner

Dated: 12/18, 2019

16

## APPENDIX A – CUSIP P17625AE7

| Name of Beneficial Owner | Amount of Notes |
| --- | --- |
| Contrarian Emerging Markets, L.P. | 181,003,100 |
| Contrarian EM II, LP | 21,655,000 |
| Boston Patriot Summer St LLC | 52,926,000 |
| Blackstone CSP-MST CTRN Fund | 20,980,000 |
| Contrarian Capital Senior Secured, L.P. | 1,319,000 |
| Contrarian Capital Fund I, LP | 22,223,000 |
| Contrarian Dome Du Gouter Master Fund, LP | 7,279,000 |
| Grand Total | 307,385,100 |

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

November 22, 2019

Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of November 22, 2019, of the 11.75% Notes due October 21, 2026  issued by the Bolivarian Republic of Venezuela, CUSIP No. **P17625AE7** (the "Notes").

DTC is informed by its participant, J.P. Morgan Securities LLC/JPMC (the "Participant"), that the Notes credited to the Participant's DTC account as of November 22, 2019 include the amounts set forth on Appendix A hereto that the Participant holds as custodian for the entities set forth on Appendix A hereto (the "Beneficial Owners").

At the request of Participant, on behalf of the Beneficial Owners, Cede & Co., as the nominee of DTC, and as holder of record of the Notes, hereby authorizes the Participant, solely with respect to the Notes held by the Beneficial Owners, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of Notes is entitled to take, other than any action or any exercise of any right or remedy as against The Depository Trust Company or its affiliates or its nominee Cede & Co., under the terms of the Notes, the related guarantees, the related Pledge and Security Agreement, the related indenture, and any other controlling or security documents, in each case, to the full extent permissible under applicable law.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of Participant and only as a nominal party for the Beneficial Owners, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Notes is held.  Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Participant and the Beneficial Owners are not denied their rights and remedies as the holders of the accounts in which beneficial ownership of the Notes is held.  Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By
Partner

Dated: 11/25, 2019

JEANNE MAURO
PARTNER

## APPENDIX A – CUSIP No. P17625AE7

| Customer Name | Amount of Notes |
|---|---|
| Contrarian Funds, LLC | 13,072,900 |
| Contrarian Emerging Markets, LP | 4,730,000 |
| E1 SP, a segregated Portfolio of EMAP SPC | 13,783,000 |
| **Total** | **31,585,900** |

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

November 22, 2019

Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of November 22, 2019, of the 9.25% Notes due May 7, 2028 issued by the Bolivarian Republic of Venezuela, CUSIP No. **P17625AB3** (the "Notes").

DTC is informed by its participant, J.P. Morgan Securities LLC/JPMC (the "Participant"), that the Notes credited to the Participant's DTC account as of November 22, 2019 include the amounts set forth on Appendix A hereto that the Participant holds as custodian for the entities set forth on Appendix A hereto (the "Beneficial Owners").

At the request of Participant, on behalf of the Beneficial Owners, Cede & Co., as the nominee of DTC, and as holder of record of the Notes, hereby authorizes the Participant, solely with respect to the Notes held by the Beneficial Owners, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of Notes is entitled to take, other than any action or any exercise of any right or remedy as against The Depository Trust Company or its affiliates or its nominee Cede & Co., under the terms of the Notes, the related guarantees, the related Pledge and Security Agreement, the related indenture, and any other controlling or security documents, in each case, to the full extent permissible under applicable law.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of Participant and only as a nominal party for the Beneficial Owners, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Notes is held. Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Participant and the Beneficial Owners are not denied their rights and remedies as the holders of the accounts in which beneficial ownership of the Notes is held. Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By: _Jeanne Mauro_
Partner

Dated: 11/25, 2019

JEANNE MAURO
PARTNER

## APPENDIX A – CUSIP No. P17625AB3

| Customer Name | Amount of Notes |
|---|---|
| Contrarian Funds, LLC | 185,000 |

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

December 3, 2019

Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of Dec. 3 2019, of the 9.25% Notes due May 7, 2028 issued by the Bolivarian Republic of Venezuela, CUSIP **P17625AB3** (the "Notes").

DTC is informed by its participant, BOFA SECURITIES INC (the "Participant"), that the Notes credited to the Participant's DTC account as of Dec. 3 2019, include the amount of 2,815,000 set forth on Appendix A hereto that the Participant holds as custodian for the entities set forth on Appendix A hereto (the "Beneficial Owners"), which Beneficial Owners hold the account in which beneficial ownership of the Notes is held.

At the request of Participant, on behalf of the Beneficial Owners, Cede & Co., as the nominee of DTC, and as holder of record of the Notes, hereby authorizes the Participant, solely with respect to the Notes held by the Beneficial Owners, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of Notes is entitled to take, other than any action or any exercise of any right or remedy as against The Depository Trust Company or its affiliates or its nominee Cede & Co., under the terms of the Notes, the related guarantees, the related Pledge and Security Agreement, the related indenture, and any other controlling or security documents, in each case, to the full extent permissible under applicable law.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of Participant and only as a nominal party for the Beneficial Owners, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Notes is held. Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Participant and the Beneficial Owners are not denied their rights and remedies as the holders of the accounts in which beneficial ownership of the Notes is held. Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By: _____
Partner

Dated: 12/5, 2019

JEANNE MAURO
PARTNER

## APPENDIX A – CUSIP P17625AB3

| Customer Name | Amount of Notes |
|---|---|
| Contrarian Emerging Markets, LP | 2,560,000 |
| Contrarian EM II, LP | 255,000 |
| **Grand Total** | 2,815,000 |

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

December 09, 2019

Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of DEC 09 2019, of the 11.95% Notes due August 5, 2031 issued by the Bolivarian Republic of Venezuela, CUSIP **P17625AD9** (the "Notes").

DTC is informed by its participant, BOFA SECURITIES INC (the "Participant"), that the Notes credited to the Participant's DTC account as of DEC 09, 2019 include the amount of 70,018,400 set forth on Appendix A hereto that the Participant holds as custodian for the entities set forth on Appendix A hereto (the "Beneficial Owners"), which Beneficial Owners hold the account in which beneficial ownership of the Notes is held.

At the request of Participant, on behalf of the Beneficial Owners, Cede & Co., as the nominee of DTC, and as holder of record of the Notes, hereby authorizes the Participant, solely with respect to the Notes held by the Beneficial Owners, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of Notes is entitled to take, other than any action or any exercise of any right or remedy as against The Depository Trust Company or its affiliates or its nominee Cede & Co., under the terms of the Notes, the related guarantees, the related Pledge and Security Agreement, the related indenture, and any other controlling or security documents, in each case, to the full extent permissible under applicable law.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of Participant and only as a nominal party for the Beneficial Owners, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Notes is held. Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Participant and the Beneficial Owners are not denied their rights and remedies as the holders of the accounts in which beneficial ownership of the Notes is held. Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By: _____
Partner

Dated: 12/10, 2019

*Robert Hensey, partner*

## APPENDIX A – Cusip No. P17625AD9

| Customer Name | Amount of Notes |
|---|---|
| Contrarian Emerging Markets, LP | 53,625,200 |
| Contrarian EM II, LP | 324,500 |
| Boston Patriot Summer St LLC | 11,793,600 |
| Blackstone CSP-MST CTRN Fund | 4,275,100 |
| **Total** | **70,018,400** |

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

November 22, 2019

Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of November 22, 2019, of the 11.95% Notes due August 5, 2031 issued by the Bolivarian Republic of Venezuela, CUSIP No. **P17625AD9** (the "Notes").

DTC is informed by its participant, J.P. Morgan Securities LLC/JPMC (the "Participant"), that the Notes credited to the Participant's DTC account as of November 22, 2019 include the amounts set forth on Appendix A hereto that the Participant holds as custodian for the entities set forth on Appendix A hereto (the "Beneficial Owners").

At the request of Participant, on behalf of the Beneficial Owners, Cede & Co., as the nominee of DTC, and as holder of record of the Notes, hereby authorizes the Participant, solely with respect to the Notes held by the Beneficial Owners, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of Notes is entitled to take, other than any action or any exercise of any right or remedy as against The Depository Trust Company or its affiliates or its nominee Cede & Co., under the terms of the Notes, the related guarantees, the related Pledge and Security Agreement, the related indenture, and any other controlling or security documents, in each case, to the full extent permissible under applicable law.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of Participant and only as a nominal party for the Beneficial Owners, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Notes is held. Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Participant and the Beneficial Owners are not denied their rights and remedies as the holders of the accounts in which beneficial ownership of the Notes is held. Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By: _____
Partner

Dated: 1/25 , 2019

JEANNE MAURO
PARTNER

## APPENDIX A – CUSIP No. P17625AD9

| Customer Name | Amount of Notes |
|---|---|
| Contrarian Funds, LLC | 4,089,800 |
| Contrarian Emerging Markets, LP | 676,000 |
| E1 SP, a segregated Portfolio of EMAP SPC | 1,965,800 |
| **Total** | **6,731,600** |

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

December 10, 2019

Cede & Co., as nominee of The Depository Trust Company ("DTC"), is the holder of record, as of DEC 10, 2019, of the 09.375% Notes due JAN 13, 2034 issued by the Bolivarian Republic of Venezuela, Cusip **922646BL7** (the "Notes").

DTC is informed by its participant, BOFA SECURITIES INC (the "Participant"), that the Notes credited to the Participant's DTC account as of DEC 10, 2019 include the amount of 5,000,000 set forth on Appendix A hereto that the Participant holds as custodian for the entities set forth on Appendix A hereto (the "Beneficial Owners"), which Beneficial Owners hold the account in which beneficial ownership of the Notes is held.

At the request of Participant, on behalf of the Beneficial Owners, Cede & Co., as the nominee of DTC, and as holder of record of the Notes, hereby authorizes the Participant, solely with respect to the Notes held by the Beneficial Owners, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of Notes is entitled to take, other than any action or any exercise of any right or remedy as against The Depository Trust Company or its affiliates or its nominee Cede & Co., under the terms of the Notes, the related guarantees, the related Pledge and Security Agreement, the related indenture, and any other controlling or security documents, in each case, to the full extent permissible under applicable law.

While Cede & Co. is furnishing this authorization as the holder of record of the Notes, it does so solely at the request of Participant and only as a nominal party for the Beneficial Owners, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Notes is held. Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Participant and the Beneficial Owners are not denied their rights and remedies as the holders of the accounts in which beneficial ownership of the Notes is held. Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By: _____

Partner

Dated: 12/12, 2019

*Robert Hensey, partner*

APPENDIX A – Cusip 922464BL7

| Name of Beneficial Owner | Amount of Notes |
|---|---|
| Boston Patriot Summer St LLC | 5,000,000 |
| **Grand Total** | **5,000,000** |