```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _4/10/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., BOSTON PATRIOT SUMMER ST LLC, POLONIUS HOLDINGS, LLC, E1 SP, A SEGREGATED ACCOUNT OF EMAP SPC, EMMA 1 MASTER FUND L.P, and CONTRARIAN FUNDS, L.L.C.,

Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

19 Civ. 11018 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiffs' request for leave to move for summary judgment, ECF No. 36, is DENIED, without prejudice to renewal at the close of fact discovery and in compliance with the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: April 10, 2020
       New York, New York

ANALISA TORRES
United States District Judge