UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONTRARIAN CAPTIAL MANAGEMENT,   :
L.L.C., et al.,
                Plaintiffs,           :
                                         **ORDER**
      -against-              :
                                         19-CV-11018 (AT) (KNF)

BOLIVARIAN REPUBLIC OF VENEZUELA,    :

                Defendant.          :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic conference shall be held on April 30, 2020, at 11:00 a.m.  The parties shall use call-in number (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York                        SO ORDERED:
       April 28, 2020

                                                            */s/ Kevin Nathaniel Fox*
                                               KEVIN NATHANIEL FOX
                                               UNITED STATES MAGISTRATE JUDGE