```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/7/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CONTRARIAN CAPITAL MANAGEMENT,
L.L.C., CONTRARIAN CAPITAL FUND I, L.P.,
CONTRARIAN DOME DU GOUTER MASTER
FUND, LP, CONTRARIAN CAPITAL SENIOR
SECURED, L.P., CONTRARIAN EM II, LP,
CONTRARIAN EMERGING MARKETS, L.P.,
BOSTON PATRIOT SUMMER ST LLC,
POLONIUS HOLDINGS, LLC, E1 SP, A
SEGREGATED ACCOUNT OF EMAP SPC,
EMMA 1 MASTER FUND L.P, and
CONTRARIAN FUNDS, L.L.C.,

                           Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

                           Defendant.

19 Civ. 11018 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The parties' joint motion for an extension of time to file pre-motion letters and for Plaintiffs to file a second amended complaint, ECF No. 50, is GRANTED. It is ORDERED that:

1. By **May 13, 2020**, Plaintiffs shall serve a revised Rule 56.1 statement on Defendant;
2. By **May 15, 2020**, Plaintiffs shall file their second amended complaint;
3. By **May 20, 2020**, Defendant shall provide to Plaintiffs its response to their Rule 56.1 statement;
4. By **May 22, 2020**, Plaintiffs shall file their pre-motion letter in support of a motion for summary judgment, and Defendant shall file its pre-motion letter in support of a motion for stay;
5. By **May 29, 2020**, the parties shall file their responses to the pre-motion letters.

       The case management conference scheduled for May 18, 2020, is ADJOURNED to **June 9, 2020**, at **11:00 a.m.** The conference shall proceed telephonically; the parties are directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

       The Clerk of Court is directed to terminate the motion at ECF No. 50.

       SO ORDERED.

Dated: May 7, 2020
         New York, New York

                                                       ANALISA TORRES
                                                 United States District Judge