```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., POLONIUS HOLDINGS, LLC, and CONTRARIAN FUNDS, L.L.C.,

                Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

                Defendant.
-------------------------------------------------------------

19 Civ. 11018 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court having reviewed the parties' pre-motion letters dated May 22 and May 29, 2020, ECF Nos. 55, 56, 57, 58, it is ORDERED that:

1. By **June 15, 2020**, Plaintiffs shall file their motion for summary judgment;
2. By **July 13, 2020**, Defendant shall file its opposition to Plaintiffs' motion for summary judgment, and its motion for a stay;
3. By **July 27, 2020**, Plaintiffs shall file any reply in support of their motion for summary judgment, and their opposition to Defendant's motion for a stay;
4. By **August 10, 2020**, Defendant shall file any reply in support of its motion for a stay.

The case management conference scheduled for June 9, 2020, is ADJOURNED *sine die*.

SO ORDERED.

Dated: June 1, 2020
      New York, New York

                                            ANALISA TORRES
                                       United States District Judge