UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., POLONIUS HOLDINGS, LLC, and CONTRARIAN FUNDS, L.L.C.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>　　　　　　　　　　Defendant. | Case No. 19 Civ. 11018 [rel. Nos. 19 Civ. 3123 & 18 Civ. 11940]<br><br>Hon. Analisa Torres |

**DECLARATION OF LEWIS B. SCHWARTZ IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

LEWIS B. SCHWARTZ declares as follows pursuant to 28 U.S.C. § 1746:

1. My name is Lewis B. Schwartz. I am the Chief Operating Officer of Contrarian Capital Management, L.L.C., an investment adviser for certain investment funds and separately managed accounts (the "Contrarian Funds") that hold beneficial ownership of the bonds at issue. Contrarian Capital Management, L.L.C., does not beneficially own the Bonds (as defined below), but brings this suit to recover the due and unpaid principal and interest on the Bonds to which the Contrarian Funds are entitled.

2. I submit this Declaration based upon my personal knowledge of the transactions set forth in this Declaration and upon my review of the books and records of Contrarian Capital Management, L.L.C. I submit this declaration in support of Plaintiffs' motion for summary judgment. If called as a witness, I could and would testify competently to the matters set forth in this Declaration.

3. Contrarian Capital Management, L.L.C., is a limited liability company organized under the laws of the State of Delaware with its principal place of business in Greenwich, Connecticut.

4. Contrarian Capital Fund I, L.P., is a limited partnership organized under the laws of the State of Delaware with its principal place of business in Greenwich, Connecticut.

5. Contrarian Dome du Gouter Master Fund, LP, is a limited partnership organized under the laws of Ontario, Canada with its principal place of business in Greenwich, Connecticut.

6. Contrarian Capital Senior Secured, L.P., is a limited partnership organized under the laws of the State of Delaware with its principal place of business in Greenwich, Connecticut.

7. Contrarian EM II, LP, is a limited partnership organized under the laws of the State of Delaware with its principal place of business in Greenwich, Connecticut.

8. Contrarian Emerging Markets, L.P., is a limited partnership organized under the laws of the State of Delaware with its principal place of business in Greenwich, Connecticut.

9. Polonius Holdings, LLC, is a limited liability company organized under the laws of the State of Delaware with its principal place of business in Greenwich, Connecticut.

10. Contrarian Funds, L.L.C., is a limited liability company organized under the laws of Delaware with its principal place of business in Greenwich, Connecticut. Contrarian Funds, L.L.C., is the parent of Polonius Holdings, LLC.

11. The "Contrarian Funds" comprise Contrarian Capital Fund I, L.P., Contrarian Dome du Gouter Master Fund, LP, Contrarian Capital Senior Secured, L.P., Contrarian EM II, LP, Contrarian Emerging Markets, L.P., Polonius Holdings, LLC, and Contrarian Funds, L.L.C. The Contrarian Funds hold interests in accounts held by Polonius Holdings, LLC directly and through a master participation agreement with Contrarian Funds, L.L.C. Contrarian Capital Management, L.L.C., acts as an investment manager for each of the Contrarian Funds.

12. None of Plaintiffs, nor, to Plaintiffs' knowledge, any of the beneficial owners of any Plaintiff, is (a) the state and Government of Venezuela; (b) any political subdivision, agency, or instrumentality thereof, including the Central Bank of Venezuela, Petróleos de Venezuela, S.A., the National Bolivarian Armed Forces of Venezuela, and the Venezuelan Economic and Social Development Bank; (c) any person owned or controlled, directly or indirectly, by the entities listed in subsections (a) or (b); (d) any person who has acted or purported to act directly or indirectly for, or on behalf of, the entities listed in subsections (a) or (b), including without limitation any member of the Nicolás Maduro regime; (e) any "Senior Foreign Political Figure" as defined in 31 C.F.R. § 1010.605(p) to the extent that the term "covered financial institution" in that regulation is construed to refer to Plaintiffs; (f) any spouse, parent, sibling, child, or spouse's parent or sibling, of any natural person listed in subsections (a)-(e); or close associate of any natural person listed in subsection (a)-(e).

13. The Contrarian Funds are beneficial owners of bonds issued by the Bolivarian Republic of Venezuela (the "Bonds") under a 1998 Fiscal Agency Agreement (the "1998 FAA") and a 2001 Fiscal Agency Agreement (the "2001 FAA"). Specifically, the Contrarian Funds hold beneficial ownership in the following aggregate amounts of the Bonds:

| Issue | ISIN | Date Due | FAA | Principal Beneficially Held | Interest Payment Dates |
|---|---|---|---|---|---|
| 13.625% 2018 (-AT) Bonds | US922646AT10 | 08/15/2018 | 1998 FAA | $20,680,000 | Feb. 15; Aug. 15 |
| 13.625% 2018 RegS Bonds | USP9395PAA95 | 08/15/2018 | 2001 FAA | $25,319,000 | Feb. 15; Aug. 15 |
| 7.00% 2018 Bonds | USP97475AD26 | 12/01/2018 | 2001 FAA and Amend. No. 1 | $55,814,000 | June 1; Dec. 1 |
| 12.75% 2022 Bonds | USP17625AC16 | 08/23/2022 | 2001 FAA and Amend. Nos. 1-3 | $49,703,673 | Feb. 23; Aug. 23 |
| 9.00% 2023 Bonds | USP17625AA59 | 05/07/2023 | | $1,672,583 | Nov. 7; May 7 |
| 8.25% 2024 Bonds | USP97475AP55 | 10/13/2024 | | $4,844,186 | Oct. 13; Apr. 13 |
| 11.75% 2026 Bonds | USP17625AE71 | 10/21/2026 | | $221,862,476 | Oct. 21; Apr. 21 |
| 9.25% 2028 Bonds | USP17625AB33 | 05/07/2028 | | $2,650,675 | Nov. 7; May 7 |
| 11.95% 2031 Bonds | USP17625AD98 | 08/05/2031 | | $50,315,563 | Feb. 5; Aug. 5 |

14. Specifically, the following Contrarian Funds beneficially own the following quantities of Bonds:

| Issue | Plaintiff | Quantity |
|---|---|---|
| 13.625% 2018 (-AT10) Bonds | Polonius Holdings, LLC | $20,680,000 |
| 13.625% 2018 RegS Bonds | Polonius Holdings, LLC | $25,319,000 |
| 7.00% 2018 Bonds | Polonius Holdings, LLC | $55,814,000 |
| 12.75% 2022 Bonds | Contrarian Capital Senior Secured, L.P. | $179,000 |
| | Contrarian Emerging Markets, L.P. | $47,125,473 |
| | Contrarian EM II, LP | $2,399,200 |
| | **Total 12.75% 2022 Bonds** | **$49,703,673** |
| 9.00% 2023 Bonds | Contrarian Emerging Markets, L.P. | $1,472,583 |
| | Contrarian EM II, LP | $200,000 |
| | **Total 9.00% 2023 Bonds** | **$1,672,583** |
| 8.25% 2024 Bonds | Contrarian Emerging Markets, L.P. | $4,499,186 |
| | Contrarian EM II, LP | $345,000 |
| | **Total 8.25% 2024 Bonds** | **$4,844,186** |
| 11.75% 2026 Bonds | Contrarian Capital Senior Secured, L.P. | $1,319,000 |
| | Contrarian Capital Fund I, L.P. | $22,223,000 |
| | Contrarian Dome du Gouter Master Fund, LP | $7,279,000 |
| | Contrarian Emerging Markets, L.P. | $169,386,476 |
| | Contrarian EM II, LP | $21,655,000 |
| | **Total 11.75% 2026 Bonds** | **$221,862,476** |
| 9.25% 2028 Bonds | Contrarian Emerging Markets, L.P. | $2,395,675 |
| | Contrarian EM II, LP | $255,000 |
| | **Total 9.25% 2028 Bonds** | **$2,650,675** |
| 11.95% 2031 Bonds | Contrarian Emerging Markets, L.P. | $50,205,763 |
| | Contrarian EM II, LP | $109,800 |
| | **Total 11.95% 2031 Bonds** | **$50,315,563** |

15. Plaintiffs purchased the Bonds from institutional broker-dealers who are, or were at the time Plaintiffs transacted with them for the Bonds, broker-dealers registered with the U.S. Securities and Exchange Commission and regulated by FINRA.

16. Plaintiffs acquired the Bonds as buyers in the ordinary course of business.

17. Plaintiffs purchased the Bonds in good faith, for value, and without notice of any adverse claim.

18. Plaintiffs paid a price within the range of market prices for each of the Bonds on the day of the purchase.

19. Plaintiffs have performed all obligations they may have under the FAAs or any Bonds issued pursuant to the FAAs.

20. Beginning in October 2017, Venezuela stopped making interest payments on the Bonds. Since then, Venezuela has not made any of the interest payments required by the Bonds' terms. Specifically, Venezuela has failed to make the following interest payments:

(a) 13.625% 2018 Bonds:   Feb. 15, 2018, Aug. 15, 2018, Feb. 15, 2019, Aug. 15, 2019, and Feb. 15, 2020

(b) 7.00% 2018 Bonds:   Dec. 1, 2017, June 1, 2018, Dec. 1, 2018, June 1, 2019, and Dec. 1, 2019

(c) 12.75% 2022 Bonds:   Feb. 23, 2018, Aug. 23, 2018, Feb. 23, 2019, Aug. 23, 2019, and Feb. 23, 2020

(d) 9.00% 2023 Bonds:   Nov. 7, 2017, May 7, 2018, Nov. 7, 2018, May 7, 2019, Nov. 7, 2019, and May 7, 2020

(e) 8.25% 2024 Bonds:   Oct. 13, 2017, Apr. 13, 2018, Oct. 13, 2018, Apr. 13, 2019, Oct. 13, 2019, and Apr. 13, 2020

(f)     11.75% 2026 Bonds:     Oct. 21, 2017, Apr. 21, 2018, Oct. 21, 2018, Apr. 21, 2019, Oct. 21, 2019, and Apr. 21, 2020

(g)     9.25% 2028 Bonds:     Nov. 7, 2017, May 7, 2018, Nov. 7, 2018, May 7, 2019, Nov. 7, 2019, and May 7, 2020

(h)     11.95% 2031 Bonds:     Feb. 5, 2018, Aug. 5, 2018, Feb. 5, 2019, Aug. 5, 2019, and Feb. 5, 2020

21. Venezuela further failed to pay the entire principal amount on the 13.625% 2018 (-AT10) Bonds and the 13.625% 2018 RegS Bonds when they became due on August 15, 2018.

22. Venezuela also failed to pay the entire principal amount on the 7.00% 2018 Bonds when it became due on December 1, 2018.

23. As a result of Venezuela's failure to fulfill its obligations under the 2001 FAA, the 1998 FAA, and each of the Bonds beneficially held by Plaintiffs, as of May 10, 2020, Venezuela owes Plaintiffs the following total amounts in unpaid interest and unpaid principal (not including unpaid New York statutory prejudgment interest):

| Issuance | Principal Amount | Accrued Coupon Interest | Overdue Principal | Accrued Coupon Interest + Overdue Principal |
|---|---|---|---|---|
| 13.625% 2018 (-AT10) Bonds | $20,680,000.00 | $7,702,092.72 | $20,680,000.00 | $28,382,092.72 |
| 13.625% 2018 RegS Bonds | $25,319,000.00 | $9,429,849.40 | $25,319,000.00 | $34,748,849.40 |
| 7.00% 2018 Bonds | $55,814,000.00 | $11,486,094.21 | $55,814,000.00 | $67,300,094.21 |

7

| Issuance | Principal Amount | Accrued Coupon Interest | Overdue Principal | Accrued Coupon Interest + Overdue Principal |
|---|---|---|---|---|
| 12.75% 2022 Bonds | $49,703,673.00 | $17,183,611.18 | N/A | $17,183,611.18 |
| 9.00% 2023 Bonds | $1,672,583.00 | $452,838.06 | N/A | $452,838.06 |
| 8.25% 2024 Bonds | $4,844,186.00 | $1,228,418.07 | N/A | $1,228,418.07 |
| 11.75% 2026 Bonds | $221,862,476.00 | $79,559,823.28 | N/A | $79,559,823.28 |
| 9.25% 2028 Bonds | $2,650,675.00 | $737,583.09 | N/A | $737,583.09 |
| 11.95% 2031 Bonds | $50,315,563.00 | $16,601,025.62 | N/A | $16,601,025.62 |
| Total | $432,862,156.00 | $144,381,335.63 | $101,813,000.00 | $246,194,335.63 |

24.     Excluding New York statutory prejudgment interest, which accrues on each missed interest payment, as of May 10, 2020, Venezuela owes Plaintiffs overdue principal and interest payments on the Bonds amounting to $246,194,335.63. *See* Ex. 1 (interest worksheet).

25.     Applying New York's 9% statutory prejudgment interest, which accrues on each missed coupon payment, as of May 10, 2020, Venezuela's unpaid coupon payments have accrued prejudgment interest amounting to $15,863,903.87. *See* Ex. 1 (interest worksheet).

26.     Including New York statutory prejudgment interest on missed interest payments, as of May 10, 2020, Venezuela owes Plaintiffs overdue principal and interest payments on the Bonds amounting to $262,058,239.50.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: May 13, 2020
New Rochelle, New York

_____
Lewis B. Schwartz
Chief Operating Officer
Contrarian Capital Management, L.L.C.