UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., POLONIUS HOLDINGS, LLC, and CONTRARIAN FUNDS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | Case No. 19 Civ. 11018 [rel. Nos. 19 Civ. 3123 & 18 Civ. 11940] <br><br> Hon. Analisa Torres |

**[PROPOSED] JUDGMENT**

For the reasons stated in this Court's Memorandum Opinion and Order dated October 1, 2020 (Dkt. 74):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of Plaintiffs Contrarian Capital Management, L.L.C., Contrarian Capital Fund I, L.P., Contrarian Dome Du Gouter Master Fund, LP, Contrarian Capital Senior Secured, L.P., Contrarian EM II, LP, Contrarian Emerging Markets, L.P., Polonius Holdings, LLC, and Contrarian Funds, L.L.C., and against Defendant Bolivarian Republic of Venezuela as follows:

    a. $101,813,000.00 in unpaid principal;

b. $165,587,243.01 in accrued and unpaid coupon interest on principal through October 14, 2020;

c. $21,364,976.58 in prejudgment interest on unpaid coupon interest, at the New York statutory rate of 9% per annum accruing from the day after each missed interest payment through October 14, 2020;

d. If this judgment is entered after October 14, 2020, an additional $173,724.16 per day in accrued and unpaid coupon interest and statutory prejudgment interest for each calendar day following October 14, 2020 until the date that this judgment is entered on the docket of the Court;

e. Postjudgment interest from the date of this judgment at the rate provided by 28 U.S.C. § 1961(a).

Dated: October __, 2020
New York, New York

_____
Hon. Analisa Torres
United States District Judge