

Steven F. Molo
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8170
F: 212.607.8161
smolo@mololamken.com
www.mololamken.com

October 14, 2020

<u>BY CM/ECF AND EMAIL</u>

Hon. Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Contrarian Capital Management, LLC v. Bolivarian Republic of Venezuela*, 19 Civ. 11018 (S.D.N.Y.) (rel. Nos. 19 Civ. 3123 & 18 Civ. 11940): <u>Proposed Judgment</u>

Dear Judge Torres:

      We represent the Plaintiffs. We have filed today a proposed judgment, consistent with this Court's order granting summary judgment in favor of Plaintiffs, Dkt. 74, and this Court's order granting Plaintiffs an extension of time to file their proposed judgment, Dkt. 76.

      Plaintiffs' proposed judgment reflects the amount due on Plaintiffs' claims as of October 14, 2020. The judgment further specifies that unpaid coupon interest and statutory prejudgment interest is to be awarded by the Court in the amount of $173,724.16 for each day elapsed between October 14 and the day the judgment is entered. The figures for principal, unpaid coupon interest, and prejudgment interest have been shared with counsel for the Republic, who advised that they have no comments.

      Respectfully submitted,

      */s/ Steven F. Molo*
      Steven F. Molo