# Exhibit F

**SUMMARY OF BILLED TIME BY MONTH AND TIMEKEEPER**

A.    **November 2019**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 9.0 | $1,400 | $12,600.00 | $11,340.00 |
| Justin M. Ellis | Partner | 28.4 | $925 | $26,270.00 | $23,643.00 |
| Elizabeth K. Clarke | Associate | 0.8 | $595 | $476.00 | $428.40 |
| Lauren F. Dayton | Associate | 27.2 | $595 | $16,184.00 | $14,565.60 |
| Anastasia M. Pollack | Legal Assistant | 5.5 | $200 | $1,100.00 | $990.00 |
| **Monthly Total (All Timekeepers)** | | **70.9** | — | **$56,630.00** | **$50,967.00** |

B.     **December 2019**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 3.5 | $1,400 | $4,900.00 | $4,410.00 |
| Robert K. Kry | Partner | 0.4 | $975 | $390.00 | $351.00 |
| Justin M. Ellis | Partner | 26 | $925 | $24,050.00 | $21,645.00 |
| Lauren F. Dayton | Associate | 41.3 | $625 | $25,812.50 | $23,231.25 |
| Shweta U. McCallen | Discovery Counsel | 0.2 | $425 | $85.00 | $76.50 |
| Rafael Savastano | Foreign Associate | 13.8 | $625 | $8,625.00 | $7,762.50 |
| Anastasia M. Pollack | Legal Assistant | 1 | $210 | $210.00 | $189.00 |
| Kendall Wiss | Legal Assistant | 5 | $210 | $1,050.00 | $945.00 |
| **Monthly Total (All Timekeepers)** | | **91.2** | — | **$65,122.50** | **$58,610.25** |

2

C.     **January 2020**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 1 | $1,400 | $1,400.00 | $1,260.00 |
| Justin M. Ellis | Partner | 13.2 | $925 | $12,210.00 | $10,989.00 |
| Lauren F. Dayton | Associate | 20.3 | $625 | $12,687.50 | $11,418.75 |
| Lauren M. Weinstein | (then) Associate | 0.5 | $725 | $362.50 | $326.25 |
| Rafael Savastano | Foreign Associate | 0.9 | $625 | $562.50 | $506.25 |
| Shweta U. McCallen | Discovery Counsel | 2.1 | $425 | $892.50 | $803.25 |
| Anastasia M. Pollack | Legal Assistant | 3 | $210 | $630.00 | $567.00 |
| Kendall Wiss | Legal Assistant | 8.5 | $210 | $1,785.00 | $1,606.50 |
| **Monthly Total (All Timekeepers)** | | **49.5** | — | **$30,530.00** | **$27,477.00** |

D.     **February 2020**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 1.2 | $1,400 | $1,680.00 | $1,512.00 |
| Justin M. Ellis | Partner | 5.4 | $925 | $4,995.00 | $4,495.50 |
| Lauren F. Dayton | Associate | 15.1 | $625 | $9,437.50 | $8,493.75 |
| Shweta U. McCallen | Discovery Counsel | 1.2 | $425 | $510.00 | $459.00 |
| Thomas McCarthy | Legal Assistant | 1 | $210 | $210.00 | $189.00 |
| Anastasia M. Pollack | Legal Assistant | 1.2 | $210 | $252.00 | $226.80 |
| Kendall Wiss | Legal Assistant | 25.5 | $210 | $5,355.00 | $4,819.50 |
| **Monthly Total (All Timekeepers)** | | **50.6** | — | **$22,439.50** | **$20,195.55** |

4

E.   **March 2020**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 8 | $1,400 | $11,200.00 | $10,080.00 |
| Justin M. Ellis | Partner | 30 | $925 | $27,750.00 | $24,975.00 |
| Lauren M. Weinstein | Partner | 0.3 | $775 | $232.50.00 | $209.25 |
| Lauren F. Dayton | Associate | 58.8 | $625 | $36,750.00 | $33,075.00 |
| Shweta U. McCallen | Discovery Counsel | 4 | $425 | $1,700.00 | $1,530.00 |
| Thomas McCarthy | Legal Assistant | 1.5 | $210 | $315.00 | $283.50 |
| Kendall Wiss | Legal Assistant | 6.7 | $210 | $1,407.00 | $1,266.30 |
| **Monthly Total (All Timekeepers)** | | **109.3** | — | **$79,354.50** | **$71,419.05** |

5

F.     April 2020

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 23.2 | $1,400 | $32,480.00 | $29,232.00 |
| Justin M. Ellis | Partner | 87.5 | $925 | $80,937.50 | $72,843.80 |
| Elizabeth K. Clarke | Associate | 38.8 | $625 | $24,250.00 | $21,825.00 |
| Lauren F. Dayton | Associate | 120.4 | $625 | $75,250.00 | $67,725.00 |
| Benjamin M. Woodring | Associate | 5.5 | $625 | $3,437.50 | $3,093.75 |
| Shweta U. McCallen | Discovery Counsel | 14.2 | $425 | $6,035.00 | $5,431.50 |
| Caitlin E. Champion | Legal Assistant | 5.4 | $210 | $1,134.00 | $1,020.60 |
| Kendall Wiss | Legal Assistant | 19.8 | $210 | $4,158.00 | $3,742.20 |
| **Monthly Total (All Timekeepers)** | | **314.8** | — | **$227,682.00** | **$204,913.80** |

G. **May 2020**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 19.5 | $1,400 | $27,300.00 | $24,570.00 |
| Justin M. Ellis | Partner | 42.8 | $925 | $39,590.00 | $35,631.00 |
| Elizabeth K. Clarke | Associate | 41.6 | $625 | $26,000.00 | $23,400.00 |
| Emily K. Damrau | Associate | 1.8 | $625 | $1,125.00 | $1,012.50 |
| Lauren F. Dayton | Associate | 71.4 | $625 | $44,625.00 | $40,162.50 |
| Kendall Wiss | Legal Assistant | 11.3 | $210 | $2,373.00 | $2,135.70 |
| **Monthly Total (All Timekeepers)** | | **188.4** | — | **$141,013.00** | **$126,911.70** |

H.  June 2020

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 7.3 | $1,400 | $10,220.00 | $9,198.00 |
| Justin M. Ellis | Partner | 47.1 | $925 | $43,567.50 | $39,210.75 |
| Remy A. Gerbay | Partner | 1.2 | $825 | $990.00 | $891.00 |
| Eric A. Posner | Counsel | 2.3 | $850 | $1,955.00 | $1,759.50 |
| Elizabeth K. Clarke | Associate | 89.2 | $625 | $55,750.00 | $50,175.00 |
| Lauren F. Dayton | Associate | 57.6 | $625 | $36,000.00 | $32,400.00 |
| Kendall Wiss | Legal Assistant | 13.8 | $210 | $2,898.00 | $2,608.20 |
| **Monthly Total (All Timekeepers)** | | **218.5** | — | **$151,380.50** | **$136,242.50** |

I. **July 2020**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 7.2 | $1,400 | $10,080.00 | $9,072.00 |
| Justin M. Ellis | Partner | 61.9 | $925 | $57,257.50 | $51,531.75 |
| Elizabeth K. Clarke | Associate | 65.3 | $625 | $40,812.50 | $36,731.25 |
| Lauren F. Dayton | Associate | 28.8 | $625 | $18,000.00 | $16,200.00 |
| Leonid Grinberg | Associate | 1.5 | $625 | $937.50 | $843.75 |
| Robert Berry | Summer Associate | 0.5 | $625 | $312.50 | $281.25 |
| Rebecca F. Andrews | Legal Assistant | 2.3 | $210 | $483.00 | $434.70 |
| Kendall Wiss | Legal Assistant | 13.8 | $210 | $2,898.00 | $2,608.20 |
| Briana Woody | Legal Assistant | 2.5 | $210 | $525.00 | $472.50 |
| **Monthly Total (All Timekeepers)** | | **183.8** | — | **$131,306.00** | **$118,175.40** |

### J.     August 2020

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 1.5 | $1,400 | $2,100.00 | $1,890.00 |
| Justin M. Ellis | Partner | 2.6 | $925 | $2,405.00 | $2,164.50 |
| Elizabeth K. Clarke | Associate | 0.6 | $625 | $375.00 | $337.50 |
| Lauren F. Dayton | Associate | 1.7 | $625 | $1,062.50 | $956.25 |
| Kendall Wiss | Legal Assistant | 2 | $210 | $420.00 | $378.00 |
| **Monthly Total (All Timekeepers)** | | **8.4** | — | **$6,362.50** | **$5,726.25** |

**K.     September 2020**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Justin M. Ellis | Partner | 2.4 | $925 | $2,220.00 | $1,998.00 |
| Elizabeth K. Clarke | Associate | 2 | $625 | $1,250.00 | $1,125.00 |
| Lauren F. Dayton | Associate | 0.4 | $625 | $250.00 | $225.00 |
| Elizabeth M. Sawyer | Legal Assistant | 0.4 | $210 | $84.00 | $75.60 |
| **Monthly Total (All Timekeepers)** | | **5.2** | — | **$3,804.00** | **$3,423.60** |

**L.      Total Billed**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 81.4 | $1,400 | $113,960.00 | $102,564.00 |
| Robert K. Kry | Partner | 0.4 | $975 | $390.00 | $351.00 |
| Justin M. Ellis | Partner | 347.3 | $925 | $321,252.50 | $289,127.25 |
| Remy A. Gerbay | Partner | 1.2 | $825 | $990.00 | $891.00 |
| Lauren M. Weinstein | Partner | 0.8 | $725 - $775 | $595.00 | $535.50 |
| Eric A. Posner | Counsel | 2.3 | $850 | $1,955.00 | $1,759.50 |
| Elizabeth K. Clarke | Associate | 238.3 | $595 - $625 | $148,913.50 | $134,022.15 |
| Emily K. Damrau | Associate | 1.8 | $625 | $1,125.00 | $1,012.50 |
| Lauren F. Dayton | Associate | 443 | $595 - $625 | $276,059.00 | $248,453.10 |
| Leonid Grinberg | Associate | 1.5 | $625 | $937.50 | $843.75 |
| Benjamin M. Woodring | Associate | 5.5 | $625 | $3,437.50 | $3,093.75 |
| Rafael Savastano | Foreign Associate | 14.7 | $625 | $9,187.50 | $8,268.75 |

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Robert Berry | Summer Associate | 0.5 | $625 | $312.50 | $281.25 |
| Shweta U. McCallen | Discovery Counsel | 21.7 | $425 | $9,222.50 | $8,300.25 |
| Rebecca F. Andrews | Legal Assistant | 2.3 | $210 | $483.00 | $434.70 |
| Caitlin E. Champion | Legal Assistant | 5.4 | $210 | $1,134.00 | $1,020.60 |
| Thomas McCarthy | Legal Assistant | 2.5 | $210 | $525.00 | $472.50 |
| Anastasia M. Pollack | Legal Assistant | 10.7 | $200 - $210 | $2,192.00 | $1972.80 |
| Elizabeth M. Sawyer | Legal Assistant | 0.4 | $210 | $84.00 | $75.60 |
| Kendall Wiss | Legal Assistant | 106.4 | $210 | $22,344.00 | $20,109.6 |
| Briana Woody | Legal Assistant | 2.5 | $210 | $525.00 | $472.50 |
| **Grand Total (All Timekeepers)** | | **1290.6** | — | **$915,624.50** | **$824,062.05** |