# Exhibit G

## LAWYER PROFILES



# Robert K. Kry

Robert Kry's practice focuses on trial and appellate litigation. He represents clients before the United States Supreme Court, the federal courts of appeals, and other federal and state courts. He has authored more than 40 Supreme Court briefs and has argued numerous matters in trial and appellate courts. His practice covers a broad array of subject matters, including sovereign immunity, arbitration, enforcement of arbitral awards, constitutional law, business litigation, securities fraud, criminal law, and intellectual property.

Mr. Kry is a founding partner of MoloLamken, which he joined after several years in the Supreme Court and appeals practice of another prominent firm. Before that, Mr. Kry served as a law clerk to Justice Antonin Scalia of the United States Supreme Court and to Judge Alex Kozinski of the United States Court of Appeals for the Ninth Circuit.

*Legal 500* describes Mr. Kry as a "great writer" and an "incredibly quick and deep thinker" with an "impressive command of the law." *Benchmark Litigation* calls him a Litigation Star and notes his "steady ascent in profile." *Lawdragon* named him one of the 500 Leading Lawyers in America. He has been featured in prestigious publications including the *New York Times* and the *National Law Journal*.

### Representative Matters

- Obtained enforcement of a Stockholm Chamber of Commerce arbitral award against Ukraine's largest oil and gas company and summary judgment on fraud and trade secret claims (*OJSC Ukrnafta v. Carpatsky Petroleum Corp.*, 957 F.3d 487 (5th Cir. 2020))

- Overturned dismissal of gross negligence and punitive damages claims against an RMBS sponsor (*Deutsche Bank Nat'l Trust Co., as Trustee for the MSAC 2007-NC4 Trust v. Morgan Stanley Mortg. Capital Holdings LLC*, 169 A.D.3d 217 (N.Y. App. Div. 1st Dep't 2019))

- Obtained enforcement of an ICSID arbitral award against the Kyrgyz Republic for a Turkish construction company (*Sistem Mühendislik İnşaat Sanayi Ve Ticaret, A.Ş. v. Kyrgyz Republic*, 741 F. App'x 832 (2d Cir. 2018))

- Obtained enforcement of a Permanent Court of Arbitration award against the Republic of Ghana for an English energy company (*Balkan Energy Ltd. v. Republic of Ghana*, 302 F. Supp. 3d 144 (D.D.C. 2018))

- Represented a foreign sovereign in a Supreme Court case over the seizure of ancient Persian artifacts from museums to satisfy default judgments (*Rubin v. Islamic Republic of Iran*, 138 S. Ct. 816 (2018))

- Obtained reversal of a judgment dismissing securities fraud claims against Alibaba Group arising out of its IPO (*Christine Asia Co. v. Ma*, 718 F. App'x 20 (2d Cir. 2017))

- Overturned a judgment enforcing a foreign investor's arbitral award against the Lao Government (*Thai-Lao Lignite (Thailand) Co. v. Gov't of the Lao People's Democratic Republic*, 864 F.3d 172 (2d Cir. 2017))

**Clerkships**

Law clerk to the Honorable Antonin Scalia, United States Supreme Court

Law clerk to the Honorable Alex Kozinski, United States Court of Appeals for the Ninth Circuit

**Education**

Yale Law School, J.D.

Executive Editor, *Yale Law Journal*

Lead Article Editor, *Yale Journal on Regulation*

First place team, oralist, and brief, Morris Tyler Moot Court of Appeals

Co-Chair, Morris Tyler Moot Court of Appeals

Queen's University, Canada, B. Comm.

**Honors & Awards**

500 Leading Lawyers in America, *Lawdragon*, 2019 and 2020

Litigation Star, *Benchmark Litigation*, 2019

Washington D.C. Super Lawyer, *Super Lawyers*, 2018, 2019, and 2020

Washington D.C. Rising Star, *Super Lawyers*, 2013, 2014, and 2015

## LAWYER PROFILES



# Robert K. Kry

**Representative Matters,** *continued*

- Represented a global pharmaceutical company in a fraud suit over a $2.3 billion corporate acquisition in Mexico (*Representaciones e Investigaciones Médicas, S.A. de C.V. v. Espinosa*, No. 655112/2016 (N.Y. Sup. Ct. filed Sept. 27, 2016))

- Represented a foreign central bank in a separation of powers challenge to a statute directing the outcome of a specific pending case (*Bank Markazi v. Peterson*, 136 S. Ct. 1310 (2016))

- Represented a foreign biotechnology company in a 13-day merits hearing in a confidential arbitration before the American Arbitration Association (2016)

- Represented a Chicago taxi medallion financing company in litigation against a bank over an $80 million credit facility (*Transit Funding Assocs. LLC v. Capital One Equip. Fin. Corp.*, No. 652346/2015 (N.Y. Sup. Ct. filed June 30, 2015))

- Defense on appeal of a ruling that discovery is not available in inter partes reexaminations before the Patent and Trademark Office (*Abbott Labs. v. Cordis Corp.*, 710 F.3d 1318 (Fed. Cir. 2013))

- Appeal of an order denying comity to German law in cross-border insolvency proceedings (*Jaffe v. Samsung Elecs. Co., Ltd.*, 737 F.3d 14 (4th Cir. 2013))

- Obtained dismissal of Supreme Court review of a constitutional challenge to standing under the Real Estate Settlement Procedures Act (*First Am. Fin. Corp. v. Edwards*, 132 S. Ct. 2536 (2012))

- Defense on appeal of the denial of an injunction against foreclosure in a commercial property dispute (*Broadway 500 West Monroe Mezz II LLC v. Transwestern Mezzanine Realty Partners II, LLC*, 80 A.D.3d 483 (N.Y. App. Div. 1st Dep't 2011))

- Obtained Supreme Court review and reversal of an adverse judgment in service-station franchise litigation under the Petroleum Marketing Practices Act (*Mac's Shell Serv. v. Shell Oil Prods. Co.*, 130 S. Ct. 1251 (2010))

- Obtained Supreme Court review and reversal of a decision setting aside a provision of a New England wholesale energy market settlement (*NRG Power Mktg., LLC v. Maine Pub. Utils. Comm'n*, 130 S. Ct. 693 (2010))

- Defense in the Supreme Court of a constitutional challenge to the entity created by the Sarbanes-Oxley Act to oversee audits of public companies (*Free Enter. Fund v. Pub. Co. Accounting Oversight Bd.*, 130 S. Ct. 3138 (2010))

- Appeal of a dismissal of a commercial suit on jurisdictional grounds (*CP Sols. PTE, Ltd. v. General Elec. Co.*, 553 F.3d 156 (2d Cir. 2009))

**Professional Affiliations**

Edward Coke Appellate Inn of Court, Barrister

COMBAR, Honorary Overseas Member

**Publications**

*Welcome Shores for Arbitral Awards?*, Disps. Y.B. (May 17, 2018)

*Asset Discovery Against Foreign Sovereigns After NML*, NYSBA J. (Sept. 2014)

*Navigating Overseas Discovery: Beware the Dangers of Foreign Law*, Nat'l L.J. (May 20, 2014) (with Eric R. Nitz)

*Local Jurisdiction over Foreign Companies*, Executive Counsel (Feb./Mar. 2012) (with Martin V. Totaro)

*Keeping the Company's Nose Clean After* Matrixx, Executive Counsel (June/July 2011)

*Confrontation at a Crossroads*, 6 Charleston L. Rev. 49 (2011)

Mac's Shell *and the Future of Constructive Termination*, 30 Franchise L.J. 67 (2010)

## LAWYER PROFILES



# Robert K. Kry

**Representative Matters,** *continued*

- Appeal of a copyright infringement judgment against a Remote Storage Digital Video Recorder (*Cartoon Network LP v. CSC Holdings, Inc.*, 536 F.3d 121 (2d Cir. 2008))

- Appeal of a billion-dollar securities fraud verdict (*Morgan Stanley & Co. v. Coleman (Parent) Holdings Inc.*, 955 So. 2d 1124 (Fla. App. 2007))

**Presentations**

- Preview of the 2019-2020 Term of the U.S. Supreme Court, Council of Institutional Investors Podcast, Jan. 15, 2020

- Artificial Intelligence and Electronic Discovery in U.S. Litigation, Union Internationale des Avocats Winter Seminar, Apr. 4, 2019

- Recent Developments in Sovereign Immunity and Enforcement of Arbitral Awards Against Foreign Sovereigns, Commercial Litigators' Forum New York Committee, Sept. 25, 2018

- Practical Strategies in the Arbitration of International Disputes Involving State-Owned Entities, Chartered Institute of Arbitrators, Apr. 3, 2018

- Sovereign Immunity and Civil Terrorism Claims in U.S. Courts, Union Internationale des Avocats Winter Seminar, Feb. 28, 2018

- Buyer Beware of Chinese Companies, Council of Institutional Investors, Feb. 1, 2018

- Procedural Obstacles to Enforcement of Arbitral Awards in U.S. Courts, Union Internationale des Avocats Winter Seminar, Mar. 2, 2017

- Recent Developments in Securities Class Action Litigation, Union Internationale des Avocats Winter Seminar, Mar. 9, 2016

- Jurisdiction over Foreign Companies in United States Courts, Union Internationale des Avocats Winter Seminar, Feb. 25, 2015

- The Foreign Sovereign Immunities Act - What's Next?, Knowledge Group, Oct. 22, 2014

- Fundamentals of Copyright Law in the Data Era 2014, PLI, July 14, 2014

- What Does *Aereo*'s Supreme Court Death Sentence Mean for Internet Startups?, Congressional Internet Caucus, June 27, 2014

**Publications,** *continued*

*Forfeiture and Cross-Examination*, 13 Lewis & Clark L. Rev. 577 (2009)

*Confrontation Under the Marian Statutes*, 72 Brook. L. Rev. 493 (2007)

Case Note, *Once in Doubt*, 110 Yale L.J. 725 (2001)

Case Note, *The Copyright Law*, 111 Yale L.J. 761 (2001)

Op-ed, *Real Monopolists*, Investor's Bus. Daily (June 9, 2000)

*The "Watchman for Truth": Professional Licensing and the First Amendment*, 23 Seattle U. L. Rev. 885 (2000)

LAWYER PROFILES



## Robert K. Kry

**Presentations,** *continued*

- *Aereo*, Fordham Intellectual Property Law & Policy Conference, Apr. 25, 2014

- Copyright Policy and the Future of Television, University of Colorado, May 13, 2014

- Execution of Judgments Under the Foreign Sovereign Immunities Act, D.C. Bar, Mar. 31, 2014

## LAWYER PROFILES

# Rémy Gerbay

Dr. Rémy Gerbay is an international arbitration lawyer whose practice focuses on cross-border commercial disputes, international investment disputes, as well as related litigation.

Trained in the U.K., U.S., France, and Switzerland, he represents clients across various sectors, including energy, infrastructure, transportation, pharma, banking, and telecommunications. He has experience with ICC, LCIA, UNCITRAL, Swiss Chambers, DIAC, and ICSID arbitration.

Dr. Gerbay holds a (permanent) academic appointment at the University of London (Queen Mary), where he is the director of an LL.M. program in arbitration. A former Deputy Registrar of the LCIA, Dr. Gerbay is the author of leading treatises on LCIA arbitration and on arbitral institutions. He was appointed by the ICC Secretariat to the editorial board of the "ICC Dispute Resolution Bulletin," on which he currently serves.

Dr. Gerbay has been described by *Who's Who Legal* as "outstanding both on a technical and practical level; really sharp and on the money…" and "[a] great cross between academic and practitioner... " who impresses peers with his "strong understanding of business and his perfect grasp of both civil and common laws." He also has been listed by *Legal 500* for international arbitration in both the U.K. and the U.S. Dr. Gerbay is a former Co-Chair (2013-2017) of the Young International Arbitration Group (YIAG), a 10,000+ member organization of young practitioners established by the LCIA.

Immediately prior to joining the firm, Dr. Gerbay was Of Counsel at a leading U.K. international disputes boutique law firm, where he represented parties at arbitration, sat as an arbitrator, and developed the firm's arbitration practice. Earlier in his career, Dr. Gerbay co-headed, as Deputy Registrar, the Secretariat of the London Court of International Arbitration, practiced international arbitration as an attorney in Herbert Smith's London office, and was a consultant to the United Nations in Switzerland.

### Representative Matters

#### As Counsel

■ Representing a Turkish national in an $105 million ICSID arbitration against a CIS State arising out of an investment in the public works / construction sector

■ Representing U.S. and Middle Eastern animal health companies in an ICC arbitration against a German pharmaceutical giant regarding breaches of a licensing agreement

■ Acting for a leading South Asian construction group against a U.S. construction company in two LCIA arbitrations relating to the construction of a $500 million highway in Africa

### Education

University of London, Ph.D. (arbitration law)

Georgetown University Law Center, LL.M.
Fulbright Scholar

University of Geneva, Master in Public International Law

University of Lyon, Undergraduate French Law Degree

### Honors and Awards

*Who's Who Legal: Arbitration – Future Leaders* (2017-2019)

*Legal 500 (U.S.), Arbitration* (2018)

*Legal 500 (U.K.), Arbitration* (2015-2017)

### Publications

Book (as co-editor and co-author): *The ICSID Convention, Rules and Regulations: A Practical Commentary* (Elgar Publishing 2019)

Book (as sole author): *The Functions of Arbitral Institutions* (Kluwer Law International 2016)

Book (as co-author): *Arbitrating Under the 2014 LCIA Rules* (Kluwer Law International 2015)

## LAWYER PROFILES



# Rémy Gerbay

**Representative Matters, *continued***

*As Counsel, continued*

- Representing a major European construction company in a $700 million dispute against a U.S. renewable energy company relating to a joint venture for the construction of a power plant

- Representing a high-profile Ukrainian industrial group and its ultra-high net worth founder in an LCIA arbitration arising out of the acquisition of a significant stake in a bank valued at over £130 million

- Representing a Latin American bank in two sets of parallel LCIA proceedings arising out of a $17 million commodities transaction

- Acting for a Spanish solar energy contractor in LCIA arbitrations in which our client was seeking urgent interim relief in connection with calls made by the other party under three performance bonds

- Acting for a Luxembourg company in relation to a dispute with a multinational commodities trading group in connection with the construction of a very large piece of infrastructure in the CIS region

- Advising a North African state in an ICSID arbitration initiated by an investor in relation to an alleged expropriation claim

*As Arbitrator*

Dr. Gerbay has been appointed in over 20 arbitrations, including the following:

- Arbitrator in an emergency ICC arbitration between English and U.S. companies relating to a performance bond for the construction of an 'e-waste' recycling facility (New York law; Paris seat)

- Co-arbitrator in an ICC arbitration between French and Chinese companies, arising out of an agreement for the supply of a hydro-electric power plant (English law; London seat)

- Sole arbitrator in a Swiss Chambers arbitration between two Russian-owned companies arising out of a deed of guarantee relating to a share purchase agreement (English law; Geneva seat)

- Co-arbitrator in a £60 million LCIA arbitration between a ultra-high net worth individual and a Swiss investment bank relating to the financing of an aircraft (English law; London seat)

- Chairman of a three-member tribunal in a multi million dollar arbitration between a South-East Asian trading group and a Sub-Saharan state entity relating to the purchase of medical and pharmaceutical products

**Publications, *continued***

Article (as sole author): "Is the End Nigh Again? An Empirical Assessment of the 'Judicialization' of International Arbitration," 25 Am. Rev. Int'l Arb. 223 (2014)

Article (as sole author): "Neither Savile Row Nor Quite Vivienne Westwood: The Verdict on the 2014 LCIA Arbitration Rules," 2014 (4) Paris J. of Int'l Arb. 675 (2014)

Chapter (as sole author): "'Literature Review? What Literature Review?!' – The Influence of Legal Culture on Scholarship in International Arbitration," in *The Evolution and Future of International Arbitration*, Stavros Brekoulakis, Julian Lew, Loukas Mistelis (eds.) (Kluwer 2016)

Chapter (as sole author): "London Court of International Arbitration," in *Arbitration in England*, Julian D.M. Lew, H. Bor, G. Fullelove, Joanne Greenaway (eds.) (Kluwer 2013)

Chapter (as sole author): "The LCIA," in *World Arbitration Reporter*, Larry Shore and Loukas Mistelis (eds.) (Juris 2013 & 2016)

## LAWYER PROFILES



# Rémy Gerbay

**Representative Matters,** *continued*

As Arbitrator, *continued*

- Sole arbitrator in a £2 million LCIA arbitration between an English consultancy company and an Irish construction company arising out of a professional services consultancy agreement (English law; London seat)

- Chairman of a three-member tribunal in a multi-million dollar ad hoc arbitration between a Jersey company and a German insurer arising out of an aircraft insurance policy (French law; Paris seat)

- Co-arbitrator in a DIAC arbitration between two UAE entities arising out of an equipment rental agreement (UAE law; Dubai seat)

**Publications,** *continued*

Empirical survey (as co-author): "International Arbitration Survey 2013: Corporate choices in International Arbitration," Empirical survey sponsored by PricewaterhouseCoopers and Queen Mary, University of London  (2013)

Chapter (as co-author): "International Fraud and Asset Tracing – France," with Denis Chemla, *European Lawyer Reference Series* (2011)

**Languages**

French

# LAWYER PROFILES



## Lauren M. Weinstein

Lauren Weinstein's practice focuses on trial and appellate litigation. She represents clients before the United States Supreme Court, the federal courts of appeals, and other federal and state courts. Her practice covers a broad array of subject matters, including antitrust law, class actions, constitutional law, business litigation, and securities suits.

Prior to joining MoloLamken, Ms. Weinstein served as a law clerk to the Honorable M. Margaret McKeown of the United States Court of Appeals for the Ninth Circuit. She also served as a law clerk to the Honorable John G. Koeltl of the United States District Court for the Southern District of New York.

Ms. Weinstein is fluent in Spanish and French.

**Representative Matters**

■ Representation of natural gas utility in appeal involving alter-ego and foreign sovereign immunity issues (2d Cir. pending)

■ Representation of Federal Energy Commission in appeal involving PG&E bankruptcy proceedings (9th Cir. pending)

■ Successful representation of leading Antitrust Scholars as *Amici Curiae* in *Apple v. Pepper* (No. 17-204), 139 S.Ct. 1514 (2019)

■ Representation of putative class in antitrust suit against Carolinas HealthCare System (W.D.N.C., No. 3:18-cv-00095)

■ Successful representation of National Association of Criminal Defense Lawyers and Idaho Association of Criminal Defense Lawyers as *Amici Curiae* in *Garza v. Idaho*, 139 S. Ct. 738 (2019)

■ Appeal of an order addressing statute of limitations applicable to residential mortgage-backed securities "putback" suit (*In re Part 60 Put-Back Litig.*, 2017 WL 161030 (N.Y. App. Div. 1st Dep't 2017))

■ Representation of the Central Bank of Iran in a constitutional challenge to the Iran Threat Reduction and Syria Human Rights Act of 2012 (*Bank Markazi v. Peterson*, 136 S. Ct. 1310 (2016))

■ Successful defense on appeal of nearly $50 million jury verdict in securities fraud suit (*In re Vivendi, S.A. Sec. Litig.*, 838 F.3d 223 (2d Cir. 2016))

■ Successful defense of major French newspaper in copyright litigation

■ Representation of global pharmaceutical company in $2.3 billion fraud and breach of contract suit

### Honors & Awards

Legal 500 Rising Star – Securities Litigation – Plaintiff

Leadership Council on Legal Diversity Fellow, 2020-2021

Hispanic National Bar Association Top Lawyers Under 40 Award, 2019

American Bar Association Diverse Leaders Academy, 2018-2020

Honorable Judith Kaye Commercial and Federal Litigation Scholar, New York Bar Foundation , 2017

J. William Fulbright Grant Recipient, France

### Clerkships

Law clerk to the Honorable M. Margaret McKeown, United States Court of Appeals for the Ninth Circuit

Law clerk to the Honorable John G. Koeltl, United States District Court for the Southern District of New York

### Education

Harvard Law School, J.D.

Editor-in-Chief, *Harvard Civil Rights-Civil Liberties Law Review*

Ames Moot Court Competition, Semifinalist and Best Brief

Northwestern University, B.A, *magna cum laude*

*Phi Beta Kappa*

## LAWYER PROFILES



## Lauren M. Weinstein

**Representative Matters,** *continued*

- Representation of global financial institution in multiple RMBS "putback" suits in the Southern District of New York and New York Supreme Court

- Successful appeal from denial of petition for writ of habeas corpus (*Helton v. Boughton*, 7th Circ., No. 16-2678). Government confessed error after petitioner's opening brief was filed

- Successful appeal from denial of petition for writ of habeas corpus (*Poke v. United States*, 7th Circ., No. 17-2594). Government confessed error after petitioner's opening brief was filed

**News & Appearances**

- *Apples & Economics: Is* Illinois Brick *Obsolete?*, ABA Antitrust Law 2020 Spring Meeting (June 10, 2020)

- *Implicit Bias in Jury Selection*, American Bar Association Litigation Section (March 26, 2020)

- *Law Preserves FERC Role In PG&E Bankruptcy*, 9th Circ. Told, Law360 (Jan. 21, 2020)

- *Justices Order 2nd Circ. To Rethink Terror Funds Ruling*, Law360 (Jan. 13, 2020)

- *FERC Has A Role In PG&E Bankruptcy, 9th Circ. Told*, Law360 (Nov. 21, 2019)

- *Antitrust Basics*, Harvard Law School (Oct. 8, 2019)

- *Courthouse Steps: What Does the Supreme Court's Decision in* Apple v. Pepper *Mean for Antitrust Law and the U.S. Economy?,* The Federalist Society (May 15, 2019)

- *State Urges Justices to Flip* Illinois Brick *in Apple Case,* Law360 (Oct. 2, 2018)

- *Justices want Gov't View on Pursuit of Iran Terror Funds,* Law360 (Oct. 1, 2018)

- *Deutsche Bank, Morgan Stanley Settle RMBS Suit*, Law360 (Apr. 4, 2018)

- *Morgan Stanley Denied Quick Win in Deutsche RMBS Suit*, Law360 (Jan. 26, 2018)

- *Deutsche Notice Claim Revived in $306M Mortgage Trust Row*, Law360 (Jan. 10, 2018)

**Professional Affiliations**

American Bar Association

Section of Litigation  – Co-Chair, Antitrust Litigation Committee (2020-2021)

Section of Litigation – Liaison to the ABA's Commission on Hispanic Legal Rights & Responsibilities (2020 – present)

Section of Litigation – Securities Litigation Journal Co-Editor (2018-2020)

Antitrust Section (2018 – present)

Hispanic National Bar Association

Law 360 Editorial Advisory Board - Competition

New York State Bar Association, Antitrust Section

Roderick & Solange MacArthur Justice Center Appellate Advisory Board

**Publications**

*How Credit Card Fee Antitrust Cases Fare In UK Versus US*, Law360 (Sept. 9, 2020) (with Allison Gorsuch)

*NY High Court Case Could Upend Litigation Finance Industry*, Law360 (July 14, 2020) (with Justin Ellis and Sara Margolis)

*4th Circ. Seems Leery of Divestiture Order in Doormaker Case*, Law360 (June 1, 2020)

*Antitrust Rules Still Apply During COVID-19*, Law360 (Mar. 27, 2020)

# LAWYER PROFILES



## Lauren M. Weinstein

**News & Appearances,** *continued*

- *Fulbright Scholar and HLS Alum Lauren Weinstein on Bright Women Lawyers*, Above the Law (Oct. 13, 2017)

- *Deutsche Defends Loan Sample in $306M Mortgage Trust Suit*, Law360 (June 22, 2017)

- *2nd Circ. Won't Rehear $50M Vivendi Securities Suit*, Law360 (Nov. 10, 2016)

- *Teva Alleges Fraud in $2B Purchase of Mexican Drug Co.*, Law360 (Sept. 27, 2016)

- *Vivendi Loses Appeal in $49M Shareholder Suit at 2nd Circ.*, Law360 (Sept. 27, 2016)

**Publications,** *continued*

*Courts Face Controversy Over Uninjured Antitrust Class Members*, National Law Journal (Feb. 27, 2020)

*The Step-by-Step Guide to Section 1782 Discovery for Brazilian Lawyers*, Migalhas International (Dec. 17, 2019)

*Door Maker Merger Case May Transform Behavioral Remedies*, Law360 (Aug. 2, 2019)

Garza v. Idaho: *Preserving the Client's Choice to Appeal*, The Champion (June 2019)

*App Store Opinion Returns Antitrust Enforcement To Its Roots*, Law360 (May 29, 2019)

*Making the Most of Pro Bono Opportunities: Building a Litigation Practice*, American Bar Association Litigation Magazine (Mar. 27, 2019) (with Geoffrey J. Derrick)

*Lessons I've Learned As a Young Woman Lawyer*, New York Law Journal (Sept. 14, 2017)

*The Latest Roadblock For Insider Trading Enforcement*, Law360 (June 1, 2016) (with Justin V. Shur)

**Languages**

French

Spanish

## LAWYER PROFILES

# Eric A. Posner

Eric Posner is a renowned legal scholar whose research interests include financial regulation, antitrust law, and contract law. He is the Kirkland and Ellis Distinguished Service Professor of Law at the University of Chicago Law School and the Arthur and Esther Kane Research Chair.

Mr. Posner is a prolific writer and has authored more than a dozen books and a hundred articles. His most recent books include *Radical Markets* (Princeton, 2018) (with Glen Weyl), which was named a book of the year by *The Economist* in 2018, and *Last Resort: The Financial Crisis and the Future of Bailouts* (University of Chicago Press, 2018), which was named a book of the year by *The Financial Times* in 2018. He has testified before Congress and government agencies, including the Federal Trade Commission. He has written op-eds and essays for *The New York Times*, *The Wall Street Journal*, and other media.

In addition, Mr. Posner is fellow of the American Academy of Arts and Sciences and a member of the American Law Institute. He was named to the *Lawdragon* 500 Leading Lawyers in America in 2019, and to the *Bloomberg* 50 in 2018.

Prior to joining the University of Chicago, Mr. Posner taught at the University of Pennsylvania Law School and prior to that worked as Attorney Adviser in the Office of Legal Counsel at the U.S. Department of Justice. Mr. Posner served as a law clerk to the Honorable Stephen F. Williams of the United States Court of Appeals for the D.C. Circuit.

**Representative Matters**

- Represented monoline insurer in contract and tort case against bond trustee

- Defended Medicare Advantage provider network against competitor's application for injunction prohibiting market entry

- Represented putative class of medical products purchasers in antitrust suit against medical device manufacturer and distributors

- Represented leading Antitrust Scholars as *Amici Curiae* in *Apple v. Pepper* before U.S. Supreme Court

**Clerkships**

Law clerk to the Honorable Stephen F. Williams, United States Court of Appeals for the D.C. Circuit

**Education**

Harvard Law School, J.D., *magna cum laude*

Yale University, B.A., M.A., *summa cum laude*

## LAWYER PROFILES



# Emily Damrau

Emily Damrau's practice focuses on complex civil litigation, white collar matters, and appellate litigation.

Prior to joining MoloLamken, Emily Damrau served as a law clerk to the Honorable Judge Christopher F. Droney of the United States Court of Appeals for the Second Circuit. During law school, Ms. Damrau interned with the United States Attorney's Office for the Northern District of Illinois.

### Representative Matters

- ■ *Impression Prods., Inc. v. Lexmark Int'l, Inc.*, 137 S. Ct. 1523 (2017) – *Drafted amicus brief on behalf of leading cellular wireless technology company in case addressing patent exhaustion doctrine*

- ■ *616 Croft Ave., LLC v. City of West Hollywood*, 138 S. Ct. 377 (2017) – *Drafted successful brief in opposition to a petition of certiorari regarding permit conditions subject to unconstitutional conditions doctrine*

- ■ *TCL Commc'ns Holdings Ltd. v. Telefonaktiebolaget LM Ericsson*, 943 F. 3d 1360 (Fed. Cir. 2019) – Represented leading cellular wireless technology company in successful appeal of district court judgment regarding FRAND royalty rates

- ■ Representation of global pharmaceutical company in $2.3 billion fraud and breach of contract suit

- ■ Representation of tribal nation in suit against opioid manufacturers

- ■ Cabinet member in connection with Inspector General investigation into alleged ethics violations

- ■ Senior executive of Fortune 100 company in connection with DOJ criminal and civil false claims investigation

- ■ Chief Marketing Officer of telecommunications company in connection with DOJ investigation into alleged FCPA violations

- ■ Senior executives of pharmaceutical company in DOJ investigation involving off-label marketing allegations

- ■ Senior executive of drug manufacturer in DOJ and SEC investigations into alleged FCPA violations

- ■ President of government contractor in DOJ investigation and litigation involving FCA claims

- ■ Director of offshore trust company in connection with DOJ tax fraud investigation

- ■ Senior executive branch official in connection with DOJ false statement and obstruction investigation

- ■ State Department official in connection with Congressional impeachment inquiry

### Clerkships

Law clerk to the Honorable Christopher F. Droney, United States Court of Appeals for the Second Circuit

### Education

Northwestern University School of Law, J.D., *magna cum laude*

*Order of the Coif*

Special Sections Editor, *Northwestern University Law Review*

New York University, B.A., *magna cum laude*

### Publications

*When CARES Act Aid Triggers Criminal Liability*, Nat'l L.J. (June 2020) (with Eric R. Nitz)

*US v. Craig and the Criminalization of Nondisclosure*, Law360 (Aug. 2019) (with Eric R. Nitz)

*Although* Martoma *May Have Been Put to Rest, the Debate Over the "Personal Benefit" Test Continue*s, Hedge Fund Law Report (Sept. 6, 2018) (with Justin V. Shur)

*Revisiting The FCA Public Disclosure Bar, Post-*Bellevue, Law360, (Dec. 2017) (with Gerald Meyer)

*A Non-Contentious Account of Article III's Domestic Relations Exception*, 92 Notre Dame L. Rev. 117 (2016) (with Prof. James E. Pfander)

MOLO LAMKEN LLP    |    **Page 1**



## LAWYER PROFILES

# Leonid Grinberg

Leonid Grinberg's practice focuses on complex civil litigation, appellate litigation, intellectual property litigation, and white collar matters.

Prior to joining MoloLamken, Mr. Grinberg clerked for the Honorable Frederic Block of the United States District Court for the Eastern District of New York.

Previously, he worked as a legal intern at the Securities and Exchange Commission in Commissioner Stein's office, as a legal extern for the United States Attorney's Office in the Eastern District of New York, and as a legal intern at the Criminal Division of the Department of Justice in Washington, D.C.

Mr. Grinberg holds an S.B. in Computer Science and Engineering from the Massachusetts Institute of Technology. Before attending law school, he worked as a software engineer for a large media company in New York, NY.

Mr. Grinberg is fluent in Russian.

**Representative Matters**

- American Indian nation pursuing state-law claims against e-cigarette manufacturers, distributors, and retailers.

- Technology company appealing adverse lower-court orders in the Federal Circuit.

- Advertisers pursuing class action claims against a major social media company.

- Technology company pursuing patent infringement claims.

- Financial institutions pursuing residential mortgage-backed securities "putback" suits against securitization sponsors.

- A foreign-owned gas utility defending against an arbitration enforcement action in a federal court of appeals.

- A Fortune 50 company as amicus curiae at the merits stage in the United States Supreme Court, addressing the application of copyright's fair use doctrine to computer software.

- Two law professors as amici curiae at the certiorari stage in the United States Supreme Court, arguing for a reexamination of the "plain view" exception.

- An incarcerated individual pursuing section 1983 claims against a municipality and other responsible individuals.

**Clerkships**

Law clerk to the Honorable Frederic Block, United States District Court for the Eastern District of New York

**Education**

New York University School of Law, J.D.

Editor-in-Chief, *NYU Annual Survey of American Law*

Semifinalist, 2018 Orison S. Marden Moot Competition

Intake Volunteer, Manhattan Legal Services

Massachusetts Institute of Technology, S.B.

Karl Taylor Compton Prize

Kelly-Douglas Essay Contest, First-place essay

Corporation Joint Advisory Committee

**Publications**

*Can Courts Exercise Jurisdiction Over Out-of-State Class Members?*, National Law Journal (July 24, 2020) (with Jessica Ortiz)

*Courts Face Controversy Over Uninjured Antitrust Class Members*, National Law Journal (Feb. 27, 2020) (with Lauren Weinstein)

Note, *End-to-End Authentication: A First Amendment Hook to the Encryption Debate*, 74 N.Y.U. Ann. Surv. Am. L. 173 (2018)

13



LAWYER PROFILES



# Benjamin Woodring

Benjamin Woodring's practice focuses on complex civil litigation, white collar matters, and appellate litigation.

Prior to joining MoloLamken LLP, Mr. Woodring clerked for the Honorable Scott Matheson, Jr. of the United States Court of Appeals for the Tenth Circuit and for the Honorable Edmond Chang of the United States District Court for the Northern District of Illinois. He also previously worked as a litigation associate at Boies Schiller Flexner LLP.

Prior to law school, Mr. Woodring received his Ph.D. in English from Harvard University.

Mr. Woodring currently serves as Chair of the American Bar Association's Young Lawyers Division Litigation Committee.

### Representative Matters

- Represent cable television and broadband trade association in challenging FCC Wireless Telecommunications Bureau's C-Band transition regulations (D.C. Cir.)

- Represent global payments and foreign exchange company in third-party contract dispute

- Represent municipality and its employees in support of their petition for certiorari to the United States Supreme Court

- Represent trust beneficiary in objections to accounting proceeding against trustee

- Represent claimant in investor-state arbitration against a CIS state

- Represent global financial institutions and investors pursuing multiple residential mortgage-backed securities suits against mortgage originators and other responsible parties

- Represent state prisoner in a 42 U.S.C. § 1983 suit concerning constitutional violations in state facility

**Clerkships**

Law clerk to the Honorable Scott Matheson, Jr., United States Court of Appeals for the Tenth Circuit

Law clerk to the Honorable Edmond Chang, United States District Court for the Northern District of Illinois

**Education**

Yale Law School, J.D.

Editor-in-Chief, *Yale Journal on Regulation*

Director, Yale Temporary Restraining Order Project

Mortgage Foreclosure Litigation Clinic

Harvard University, Ph.D.

President, Harvard Graduate Student Council

Member, Harvard Corporation Shareholder Responsibility Advisory Committee

American Academy of Arts and Sciences Predoctoral Fellow

Mellon Interdisciplinary Dissertation Completion Fellow

Brandeis University, B.A., *summa cum laude*

Phi Beta Kappa

**Professional Affiliations**

American Bar Association, Young Lawyers Division, Litigation Committee (Chair)

American Bar Association, Litigation Section, Commercial and Business Litigation

Seventh Circuit Bar Association

Selden Society

# LAWYER PROFILES



## Benjamin Woodring

**Presentations**

- Moderator, Courtroom, Client, & Career: Effective Writing Tips for All Young Lawyers, American Bar Association Young Lawyers Division Spring Conference, June 2020

- Moderator, Young Lawyers and Data Privacy (GDPR, CCPA, and Beyond): Meaningful Contributions in a Fast-Evolving Space, ABA Young Lawyers Division Litigation Week, July 2019

- Moderator, Public Service Roundtable, ABA Young Lawyers Division Litigation Committee, March 2019

**Publications**

*Protecting In-House Lawyers' Communications: Attorney-Client Privilege, Attorney Work Product, and Best Practices for In-House Counsel*, Chicago Bar Association @theBar (2020) (with Michelle Parthum and Elizabeth Clarke)

*Quo Warranto: The Structure and Strength of a Common Law Antitrust Remedy*, 96 U. Det. Mercy L. Rev. (2019)

*Sanctuary Cities: Federalism's Local Frontiers*, 24 ABA The Young Lawyer (TYL) Mag. 10 (2019)

*Liberty to Misread: Sanctuary and Possibility in* The Comedy of Errors, 28 Yale J.L. & Human. 319 (2016) (cited in *City of Philadelphia v. Sessions*, 309 F. Supp. 3d 289, 294 (E.D. Pa. 2018))

*Getting More Out of IRAC*, ABA Student Lawyer (2016)

*Denunciations Plus: Evaluating ICSID Withdrawals Bearing Additional New ICSID Provisions*, Transnational Dispute Management (2015)

## LAWYER PROFILES

# Rafael C. Savastano

Rafael Savastano's practice focuses on commercial and corporate dispute resolution.

Mr. Savastano currently works as a litigation associate at Pinheiro Neto Advogados in São Paulo, Brazil. Prior to working at Pinheiro Neto Advogados, Mr. Savastano worked as a teaching assistant at the São Paulo Law School of Fundação Getúlio Vargas – FGV, and served as a member of the Board of the Directors for the Brazilian Association for Arbitration Students.

### Representative Matters

- Acted as counsel in more than 40 cases before State and Federal Courts in Brazil (including the Superior Courts), and in approximately 10 national and international arbitration proceedings

- Advised one of the world's largest hedge funds in an arbitration regarding a USD 100 million investment in a manufacturing plant in Brazil

- Advised the world's largest advertising firm in a litigation running for more than 20 years before Brazilian Courts

- Regularly advised a US-based private equity firm in disputes related to its investments in Brazil

- Advised the leading global construction materials and solutions company in a litigation against its former minority shareholder before Brazilian Courts

**Education**

Cornell Law School, Master of Laws (LL.M.), May 2019

LL.M. Representative, International Arbitration Society & Alternative Dispute Resolution Society

São Paulo Law School of Fundação Getúlio Vargas – FGV, L.L.B.

Member, FGV's Law School Academic Center (2010)

Assistant Coach, Willem C. Vis International Arbitration Moot and the 4th Brazilian Arbitration Competition – CAMARB (2013/2014)

Competitor and Speaker, Willem C. Vis International Commercial Arbitration Moot, Vienna and the 2nd and 3rd Brazilian Arbitration Competition – CAMARB (2011/2013)

**Publications**

Relatório do Tema: Existência, Validade e Eficácia da Convenção Arbitral (2016) (Researcher and writer)

16

## LAWYER PROFILES

## Robert Berry

Robert Berry is currently in his second year at University of Pennsylvania Law School. Before joining MoloLamken as a Summer Associate, he worked as a Legislative Intern and Research Assistant for in Congressman John Sarbanes' D.C. office.

**Education**

University of Pennsylvania Law School, J.D. Candidate, May 2022

*Penn Law Public Speaking Society*

Cornell University, B.A.

*Phi Beta Kappa*

*Dean's List*

*Graduated with Distinction in All Subjects*



## LAWYER PROFILES

## Shweta Udeshi McCallen

Shweta Udeshi McCallen's practice focuses on discovery and data protection issues stemming from complex litigation, arbitration, and investigations. Ms. McCallen advises clients on issues relating to data preservation and collection, early case assessment, managed review, and document production. She develops and implements discovery strategies that leverage technologies such as data analytics, visualization and machine learning to provide cost-effective and defensible discovery solutions.

Before joining MoloLamken, Ms. McCallen worked as a discovery attorney at Willkie Farr & Gallagher, where she worked on commercial, bankruptcy, and patent litigations, white collar matters, and proceedings before the Securities & Exchange Commission and Department of Justice. Prior to that, she was an associate at Kenyon & Kenyon, specializing in patent litigation concerning pharmaceuticals, chemicals and medical devices.

Ms. McCallen was recognized by the New York State Bar Association as an Empire State Counsel honoree for her pro bono contributions in 2018.

**Representative Matters**

- Global financial institutions pursuing multiple RMBS "putback" suits against mortgage originators and other responsible parties in state and federal courts

- Director of offshore trust company in connection with DOJ tax fraud investigation

- Senior executive branch official in connection with DOJ false statements investigation

- Beneficiaries and trustees in matters relating to significant trusts

- Corporate directors and officers in defending against claims for breach of fiduciary duty brought by federal agency

**Education**

Fordham University School of Law, J.D.

The George Washington University, B.S.

18

## LEGAL ASSISTANT PROFILES



# Rebecca Andrews

Rebecca Andrews graduated from Brown University with an A.B. in History. Prior to joining MoloLamken, she interned at John Wiley & Sons, Inc.

**Education**
Brown University, A.B.

## LEGAL ASSISTANT PROFILES



## Ellis Champion

Ellis Champion graduated from the University of Virginia with a B.A. in Foreign Affairs and History. Before joining MoloLamken, she was a legal intern at the Public Defender's Office, Howard County District Court.

**Education**
University of Virginia, B.A.

## LEGAL ASSISTANT PROFILES



## Thomas McCarthy

Thomas McCarthy graduated from Wesleyan University with a B.A. in English Literature. Before joining MoloLamken, he worked for the Wesleyan Center for Prison Education in Middletown, CT.

**Education**
Wesleyan University, B.A.

## LEGAL ASSISTANT PROFILES



### Anastasia Pollack

Anastasia Pollack graduated from Duke University, earning a B.A. in International Comparative Studies. Prior to joining MoloLamken, she interned for the UNESCO World Heritage Center in Paris, France.

**Education**
Duke University, B.A.

## LEGAL ASSISTANT PROFILES



## Elizabeth Sawyer

Elizabeth Sawyer graduated from Middlebury College with a B.A. in History and Gender studies. Before joining MoloLamken, she was a research assistant in the Gender Studies Department at Middlebury College.

**Education**
Middlebury College, B.A.

## LEGAL ASSISTANT PROFILES



### Kendall Wiss

Kendall Wiss graduated from the University of Michigan with a B.A. in International Studies & Political Science. Before joining MoloLamken, she interned at the International Law Institute in Washington, D.C.

**Education**
University of Michigan, B.A.

## LEGAL ASSISTANT PROFILES



### Briana Woody

Briana Woody received a B.A. in Public Policy & Leadership from the University of Virginia. Prior to joining MoloLamken, she was a customer service manager at the Newcomb Hall Student Center.

**Education**
University of Virginia, B.A.