USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2021

**UNITED STATES DISTRICT C**
**SOUTHERN DISTRICT OF NEV**

|  |  |
|---|---|
| CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., BOSTON PATRIOT SUMMER ST LLC, POLONIUS HOLDINGS, LLC, CONTRARIAN FUNDS L.L.C., EMMA 1 MASTER FUND, L.P., and E1 SP, A SEGREGATED ACCOUNT OF EMAP SPC,<br><br>        Plaintiffs,<br>    v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 19 Civ. 11018 [rel. Nos. 19 Civ. 3123, 18 Civ. 11940, 20 Civ. 10342, 21 Civ. 597 & 21 Civ. 2678]<br><br>**FINAL JUDGMENT** |

## FINAL JUDGMENT AND PERMANENT INJUNCTION

**WHEREAS,** this Court having subject matter jurisdiction over this case and personal jurisdiction over

Defendant the Bolivarian Republic of Venezuela (the "Republic"), the Republic having appeared before the Court

and not contesting the Court's jurisdiction;

**WHEREAS,** the parties having conducted discovery in which Boston Patriot Summer St LLC provided

evidence to the Republic of its' standing to sue, identity, and continuing ownership interest in the debt securities

that are the subject of this Judgment; and

**WHEREAS,** the parties having reached a stipulation for the entry of Judgment (the "Stipulation") for the

reasons and on the terms set forth therein;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

Final Judgment is entered in favor of Boston Patriot Summer St LLC against the Republic for breach of contract; and

The Republic is liable to Boston Patriot Summer St LLC for damages for the following amounts of accrued unpaid coupon interest and statutory prejudgment interest only:

| Plaintiff | Bond | ISIN | Total Principal Amount Held[3] | Accrued Unpaid Coupon Interest through October 8, 2021 | Accrued Statutory Prejudgment Interest from Day After Each Missed Coupon through October 8, 2021 | Total Coupon and Prejudgment Interest Owed through October 8, 2021 | Coupon and Prejudgment Interest per Day from October 8, 2021Until the Judgment Entered on the Docket |
|---|---|---|---|---|---|---|---|
| Boston Patriot Summer St LLC | 12.75% 2022 Bonds | USP176 25AC16 | $2,814,000 | $1,479,988.13 | $241,914.47 | $1,721,902.60 | $1,350.50 |
| Boston Patriot Summer St LLC | 11.75% 2026 Bonds | USP176 25AE71 | $52,926,000 | $27,760,054.54 | $4,956,728.34 | $32,716,782.88 | $23,408.07 |
| Boston Patriot Summer St LLC | 11.95% 2031 Bonds | USP176 25AD98 | $11,793,600 | $5,883,974.46 | $975,279.26 | $6,859,253.72 | $5,304.85 |
| Boston Patriot Summer St LLC | 9.375% 2034 Bonds | US92264 6BL74 | $5,000,000 | $1,985,677.08 | $335,014.98 | $2,320,692.07 | $1,764.41 |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT:**

Boston Patriot Summer St LLC, and any of its successors or assigns; and anyone acting on its behalf, including its officers, agents, servants, employees, trustees, beneficial owners, and attorneys; and all persons and organizations acting in concert with any of them, are hereby **ENJOINED** from seeking enforcement inside or outside the United States of this Judgment for a period ending at the earlier of (i) issuance of a general or specific

---

[3] The Total Principal Amount Held reflects the total principal amount of each bond series held by the plaintiff. Because the principal of each bond series listed above is not yet due, this Final Judgment and Permanent Injunction does not reduce those principal amounts to judgment. The amounts due under this Judgment are listed in the columns labelled "Total Coupon and Prejudgment Interest Owed through October 8, 2021" and "Coupon and Prejudgment Interest per Day from October 8, 2021 until the Judgment Entered on the Docket."

license from OFAC, or lifting of OFAC sanctions that would permit enforcement of this Judgment by persons subject to the jurisdiction of the United States; or (ii) 12 months from the date of entry of the May 2021 Judgment (May 24, 2021); and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT:**

Boston Patriot Summer St LLC and any of its successors or assigns; and anyone acting on its behalf, including its officers, agents, servants, employees, trustees, beneficial owners, and attorneys; and all persons and organizations acting in concert with it, shall be bound by the terms of the parties' Stipulation for Entry of Final Judgment and Permanent Injunction dated October 8, 2021; and

There shall be no award of attorneys' fees with respect to this judgment; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT:**

This Court shall retain non-exclusive jurisdiction over matters related to the enforcement of this judgment.

SO ORDERED.

Dated: October 27, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge