```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/16/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., BOSTON PATRIOT SUMMER ST LLC, POLONIUS HOLDINGS, LLC, E1 SP, A SEGREGATED ACCOUNT OF EMAP SPC, EMMA 1 MASTER FUND L.P, and CONTRARIAN FUNDS, L.L.C.,

Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

19 Civ. 11018 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated August 4 and 14, 2023, and the declaration of Joseph E. Neuhaus filed for *in camera* review. See ECF Nos. 144–45, 147, 149. To date, Sullivan & Cromwell has not moved to withdraw from this case. Accordingly, by **August 23, 2023**, Sullivan & Cromwell shall advise the Court of whether it intends to move to withdraw.

    SO ORDERED.

Dated: August 16, 2023
       New York, New York

ANALISA TORRES
United States District Judge