# Exhibit A

| | |
|---|---|
| **From:** | Littleton, Judson |
| **Sent:** | 31 March 2023 13:48 |
| **To:** | Ellis, Justin; Neuhaus, Joseph E.; Dayton, Lauren |
| **Cc:** | Kelley, Mark |
| **Subject:** | RE: [19 Civ. 11018] Contrarian Capital Management, LLC v. Bolivarian Republic of Venezuela |

Hi Justin – yes, exciting news for Joe, though his gain is obviously our loss. To answer your question, no, we are not aware of the Republic having retained any other counsel in this matter.

Judd

**From:** Ellis, Justin <JEllis@mololamken.com>
**Sent:** Friday, March 31, 2023 12:03 PM
**To:** Neuhaus, Joseph E. <NEUHAUSJ@sullcrom.com>; Dayton, Lauren <ldayton@mololamken.com>
**Cc:** Kelley, Mark <mkelley@mololamken.com>; Littleton, Judson <littletonj@sullcrom.com>
**Subject:** [EXTERNAL] RE: [19 Civ. 11018] Contrarian Capital Management, LLC v. Bolivarian Republic of Venezuela

Joe,

Congratulations on your retirement!  Do you or Judson know if the Republic has separate counsel in this case?

Best,

Justin

**From:** Neuhaus, Joseph E. <NEUHAUSJ@sullcrom.com>
**Sent:** Friday, March 31, 2023 11:53 AM
**To:** Dayton, Lauren <ldayton@mololamken.com>
**Cc:** Ellis, Justin <JEllis@mololamken.com>; Kelley, Mark <mkelley@mololamken.com>; Littleton, Judson <littletonj@sullcrom.com>
**Subject:** RE: [19 Civ. 11018] Contrarian Capital Management, LLC v. Bolivarian Republic of Venezuela

Hi Lauren,

Sullivan & Cromwell no longer represents the Republic in this matter.  I retired as a partner from the firm last year, so I am copying Judd Littleton in the event there is any follow-up on this.

Regards,
Joe

**From:** Dayton, Lauren <ldayton@mololamken.com>
**Sent:** Thursday, March 30, 2023 10:54 PM
**To:** Neuhaus, Joseph E. <NEUHAUSJ@sullcrom.com>
**Cc:** Ellis, Justin <JEllis@mololamken.com>; Kelley, Mark <mkelley@mololamken.com>
**Subject:** [EXTERNAL] [19 Civ. 11018] Contrarian Capital Management, LLC v. Bolivarian Republic of Venezuela

1

Joe,

I hope you are doing well.  Are you available for a quick call about this case on this coming Monday?  We are available from 10am-noon ET.

Best,

Lauren

**Lauren F. Dayton**
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T:  (212) 607-8176
M: (646) 477-4203

This e-mail may contain attorney work product, privileged and/or confidential information. It is intended to be subject to the Attorney Client privilege. It is intended only for the original recipients, and no other person is authorized to receive it. Please do not copy or forward this e-mail without the consent of the author. If you have received this e-mail in error please delete it immediately from your system and contact the author. Molo Lamken LLP is a limited liability partnership formed under the laws of New York and the liability of its partners is limited accordingly. The names Molo Lamken and MoloLamken shall refer to Molo Lamken LLP.

This email has been scanned for viruses and malware.

**\*\*This is an external message from:** ldayton@mololamken.com **\*\***

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

| | |
|---|---|
| From: | Littleton, Judson |
| Sent: | 27 April 2023 11:39 |
| To: | cree@lrclaw.com |
| Cc: | Ellis, Justin; Kelley, Mark; butcher@lrclaw.com |
| Subject: | RE: Nos. 21 Misc. 18, 22 Misc. 131 & 22 Misc. 263 (D. Del.): Motions for Writs Fieri Facias |
| Attachments: | RE: [19 Civ. 11018] Contrarian Capital Management, LLC v. Bolivarian Republic of Venezuela |

Counsel,

As we advised MoloLamken last month in the attached email, Sullivan & Cromwell no longer represents the Republic in the matter referenced in paragraph 2(a)-(b) of the Declaration that was transmitted to us below. We request that you inform the Court of this email if you make any additional statements regarding purported service on or notice to the Republic.

Thanks,
Judd

Judson O. Littleton
Sullivan & Cromwell LLP
1700 New York Avenue NW
Washington, DC 20006-5215
T: (202) 956-7085
C: (972) 742-5998

---

**From:** Jennifer L. Cree <cree@lrclaw.com>
**Sent:** Wednesday, April 26, 2023 6:18 PM
**To:** Neuhaus, Joseph E. <NEUHAUSJ@sullcrom.com>; Bromley, James L. <bromleyj@sullcrom.com>
**Subject:** [EXTERNAL] FW: Nos. 21 Misc. 18, 22 Misc. 131 & 22 Misc. 263 (D. Del.): Motions for Writs Fieri Facias

Counsel:

I received a bounce back to my email below.  The documents referenced can be found in the following link:

https://lrclaw-my.sharepoint.com/:f:/p/linda/Em8HBBpWoRRAqNfM8e0FC7cB7zKD_ddKab_pkCkh52UmVQ?e=T6HZYj [lrclaw-my.sharepoint.com]

Regards,
Jen



**Jennifer L. Cree, Associate**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
P 302.467.4437   C 302.598.2497  F 302.467.4450

cree@lrclaw.com | www.lrclaw.com
[lrclaw.com] | vCard [lrclaw.com]

This message is intended only for the use of the individual or entity to which it is addressed, and may contain Information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and notify us immediately.

**From:** Jennifer L. Cree
**Sent:** Wednesday, April 26, 2023 6:07 PM
**To:** neuhausj@sullcrom.com; bromleyj@sullcrom.com; bayliss@abramsbayliss.com; childs@abramsbayliss.com; donald.verrilli@mto.com; elaine.goldenberg@mto.com; ginger.anders@mto.com; george.garvey@mto.com; seth.goldman@mto.com; whitney.debevoise@arnoldporter.com; kent.yalowitz@arnoldporter.com; stephen.wirth@arnoldporter.com; knachbar@mnat.com; acumings@mnat.com; neimer@eimerstahl.com; lmeyer@eimerstahl.com; dbirk@eimerstahl.com; gschweizer@eimerstahl.com; essullivan@eimerstahl.com; mgottlieb@willkie.com; dmortlock@willkie.com; shall@willkie.com; jbrown@hegh.law; shirzel@hegh.law; jpizzurro@curtis.com; jmosse@curtis.com; kmeehan@curtis.com; jperla@curtis.com
**Cc:** Ellis, Justin <JEllis@mololamken.com>; Kelley, Mark <mkelley@mololamken.com>; Rebecca Butcher <butcher@lrclaw.com>
**Subject:** Nos. 21 Misc. 18, 22 Misc. 131 & 22 Misc. 263 (D. Del.): Motions for Writs Fieri Facias

Counsel:

Please see the attached documents filed in the above-referenced actions.

Regards,
Jen



**Jennifer L. Cree, Associate**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
P 302.467.4437   C 302.598.2497 F 302.467.4450
cree@lrclaw.com | www.lrclaw.com
[lrclaw.com] | vCard [lrclaw.com]

This message is intended only for the use of the individual or entity to which it is addressed, and may contain Information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and notify us immediately.

**\*\*This is an external message from:** cree@lrclaw.com **\*\***