```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/24/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., BOSTON PATRIOT SUMMER ST LLC, POLONIUS HOLDINGS, LLC, E1 SP, A SEGREGATED ACCOUNT OF EMAP SPC, EMMA 1 MASTER FUND L.P, and CONTRARIAN FUNDS, L.L.C.,

Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

19 Civ. 11018 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 23, 2023, Sullivan & Cromwell LLP ("S&C") filed a motion for leave to withdraw as counsel for Defendant, Bolivarian Republic of Venezuela. ECF No. 151; *see* ECF No. 152. Plaintiffs have previously stated that they intend to oppose S&C's motion to withdraw. *See* ECF No. 149 at 2. Accordingly:

1. By **September 7, 2023**, S&C shall serve Defendant with a copy of this order and their application to withdraw and supporting papers, ECF Nos. 151–53, 156, and shall file proof of service on the docket;
2. By **September 14, 2023**, Plaintiffs shall file their opposition papers, if any; and
3. By **September 28, 2023**, S&C shall file its reply, if any.

SO ORDERED.

Dated: August 24, 2023
New York, New York

ANALISA TORRES
United States District Judge