# Vinson&Elkins

Camilo Cardozo  ccardozo@velaw.com
Tel +1.212.237.0051  Fax +1.917.849.5393

November 10, 2023

<u>Via CM/ECF and Email</u>

Hon. Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Contrarian Capital Management, LLC, et al. v. Bolivarian Republic of Venezuela*, 19 Civ. 11018 (S.D.N.Y.) (rel. Nos. 19 Civ. 3123 & 18 Civ. 11940): **Defendant's Request for Extension of Time**

Dear Judge Torres,

We represent Defendant, the Bolivarian Republic of Venezuela. We write pursuant to Rule I(B) of your Honor's Individual Practices to respectfully request a two-week extension of time to respond to Plaintiffs' Amended Third Supplemental Complaint, filed on October 30, 2023 (Dkt. No. 169). This is Defendant's first request for an extension of time to respond, and Plaintiffs consent to Defendant's request.

The current deadline for Defendant to respond to Plaintiffs' Amended Third Supplemental Complaint is November 13, 2023; accordingly, Defendant requests an extension through November 27, 2023. Defendant makes this request because the parties are discussing a stipulation to resolve the claims in Plaintiffs' Amended Third Supplemental Complaint.

Sincerely,

/s/ *Camilo Cardozo*
Camilo Cardozo

Cc: All counsel (by CM/ECF)

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Dubai  Houston  London  Los Angeles
New York  Richmond  San Francisco  Tokyo  Washington

2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037-1701
Tel +1.202.639.6500  Fax +1.202.639.6604  velaw.com