```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., BOSTON PATRIOT SUMMER ST LLC, POLONIUS HOLDINGS, LLC, CONTRARIAN FUNDS L.L.C., EMMA 1 MASTER FUND, L.P., and E1 SP, A SEGREGATED ACCOUNT OF EMAP SPC,

Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

19 Civ. 11018 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiffs' letter filed on March 18, 2024. ECF No. 178. Accordingly:

1. Plaintiffs' request to file a motion for relief pursuant to 28 U.S.C. § 1610(c) is GRANTED;
2. By **April 2, 2024**, Plaintiffs shall file their motion;
3. By **April 23, 2024**, Defendant shall file its opposition papers;
4. By **May 7, 2024,** Plaintiffs shall file their reply, if any.

SO ORDERED.

Dated: March 19, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge