UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., BOSTON PATRIOT SUMMER ST LLC, POLONIUS HOLDINGS, LLC, CONTRARIAN FUNDS L.L.C., EMMA 1 MASTER FUND, L.P., and E1 SP, A SEGREGATED ACCOUNT OF EMAP SPC,<br><br>      Plaintiffs,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>      Defendant. | Case No. 19 Civ. 11018<br><br>Hon. Analisa Torres |

### [PROPOSED] ORDER GRANTING MOTION FOR RELIEF UNDER 28 U.S.C. § 1610(C)

This Court entered judgment in favor of Plaintiffs Contrarian Capital Management, L.L.C., Contrarian Capital Fund I, L.P., Contrarian Dome du Gouter Master Fund, LP, Contrarian Capital Senior Secured, L.P., Contrarian EM II, LP, Contrarian Emerging Markets, L.P., Polonius Holdings, LLC, Boston Patriot Summer St LLC, Contrarian Funds, L.L.C., EMMA 1 Master Fund, L.P., and E1 SP, a Segregated Account of EMAP SPC ("Plaintiffs") on January 2, 2024 (the "January 2024 Judgment"). For the reasons set forth in Plaintiffs' motion, a reasonable period of time has elapsed following entry of the January 2024 Judgment.

2

The Court hereby finds, and it is ORDERED, that a reasonable period of time has elapsed since the January 2024 Judgment pursuant to 28 U.S.C. § 1610(c).

Dated: _____, 2024           _____
       New York, New York              Hon. Analisa Torres
                                       United States District Judge