USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., BOSTON PATRIOT SUMMER ST LLC, POLONIUS HOLDINGS, LLC, CONTRARIAN FUNDS L.L.C., EMMA 1 MASTER FUND, L.P., and E1 SP, A SEGREGATED ACCOUNT OF EMAP SPC,

Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

19 Civ. 11018 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 2, 2024, Plaintiffs moved for relief pursuant to 28 U.S.C. § 1610(c).  ECF No. 181; *see* ECF Nos. 182–84.  Defendant opposed the motion, arguing, *inter alia*, that an opposition candidate's victory in the then-upcoming Venezuelan presidential election could result in the reestablishment of "suspended relationships with lenders and permit debt restructuring."  ECF No. 185 at 7–8.

The election took place on July 28, 2024.[1]  Accordingly, by **August 22, 2024**, Defendant shall file a letter informing the Court how, if at all, the results of the election affect its position on Plaintiffs' § 1610(c) motion.

SO ORDERED.

Dated: August 8, 2024
New York, New York

ANALISA TORRES
United States District Judge

---

[1] *See* Anatoly Kurmanaev, "Venezuela's Strongman Was Confident of Victory. Then Came the Shock," N.Y. TIMES (Aug. 6, 2024).