```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/2/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., BOSTON PATRIOT SUMMER ST LLC, POLONIUS HOLDINGS, LLC, CONTRARIAN FUNDS L.L.C., EMMA 1 MASTER FUND, L.P., and E1 SP, A SEGREGATED ACCOUNT OF EMAP SPC,

                                    Plaintiffs,

        -against-                                              19 Civ. 11018 (AT)

BOLIVARIAN REPUBLIC OF VENEZUELA,                              **ORDER**

                                    Defendant.

ANALISA TORRES, District Judge:

       The Court has been advised that the parties have reached a settlement in principle that would resolve the dispute over Plaintiffs' motion for leave to file a supplemental complaint. *See* ECF No. 201. By **February 2, 2026,** the parties shall update the Court regarding the status of the pending motion. The motion at ECF No. 197 is STAYED pending the parties' settlement discussion and further order of the Court.

       SO ORDERED.

Dated: January 2, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge